UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AMI HOROWITZ,

                              Plaintiff,

                                           1:25-cv-3412 (ALC)

      -against-

                                           **ORDER**

AJP EDUCATIONAL FOUNDATION, INC.
AND NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE,

                              Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 6, 2025, the Court ordered Plaintiff to show cause as to why this case should not be dismissed against Defendant National Students for Justice in Palestine ("NSJP") for want of jurisdiction. ECF No. 8. On May 19, 2025, Plaintiff responded to the Court's order. ECF No. 10. Having reviewed Plaintiff's response, the Court concludes that this action shall not be dismissed as to NSJP at this stage.

      With respect to Plaintiff's request for jurisdictional discovery, the Court **DENIES** Plaintiff's request without prejudice because Defendant NSJP has not yet been served with the Complaint.

      **SO ORDERED.**

Dated:  June 3, 2025
            New York, NY

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**