**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/20/2025__

June 20, 2025

The Honorable Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

Re: Horowitz v. AJP Educational Foundation, Inc. et al, 25-cv-3412

*By ECF and via email to ALCarterNYSDChambers@nysd.uscourts.gov*

Dear Judge Carter:

Plaintiff Ami Horowitz ("Plaintiff") and Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") (together the "Parties") write to respectfully inform the Court that the Parties have stipulated to an extension for AMP's deadline to respond to Plaintiff's Complaint until July 24, 2025. This stipulation applies to Defendant AMP only. Plaintiff served Defendant AMP on June 3, 2025, making AMP's present deadline June 24, 2025.

Defendant AMP respectfully requests this extension so that it may obtain local counsel as required by the Local Rules of this Court, file *pro hac vice* motions for out-of-state counsel, and sufficiently respond to Plaintiff's Complaint. Counsel for Defendant conferred with Plaintiff's counsel who graciously agreed to stipulate to this request. This is Defendant AMP's first request for extension to this deadline.

Respectfully,

*[signature]*

Christina Jump
*Counsel for Defendant AJP Educational Foundation, Inc.*

cc: all counsel of record (via ECF and email)

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
June 20, 2025