UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMI HOROWITZ,

                       Plaintiff,

           1:25-cv-3412 (ALC)

    -against-

           **ORDER**

AJP EDUCATIONAL FOUNDATION, INC.
AND NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE,

                    Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' correspondence filed at ECF Nos. 17, 19, and 21.

The Court **DENIES** Plaintiff's request for a pre-motion conference ahead of his anticipated motion to extend the time for service on Defendant National Students for Justice in Palestine ("NSJP") and for an order permitting service by publication. The Court **GRANTS** Plaintiff leave to file the motion by **August 22, 2025.** In his motion, Plaintiff must attach a proposed order for service by publication.

The Court **DENIES** Defendant AJP Education Foundation, Inc.'s ("AJP") request for a pre-motion conference in connection with its anticipated motion to dismiss Plaintiff's Complaint. The Court **GRANTS** Defendant AJP leave to file its motion and sets forth the following briefing schedule: opening brief due **August 22, 2025**; opposition due **September 5, 2025**; and reply, if any, due **September 12, 2025**.

The Clerk of Court is respectfully directed to terminate the pending motions at ECF No. 17.

**SO ORDERED.**

**Dated: August 1, 2025**
       **New York, NY**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**