UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMI HOROWITZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AJP EDUCATIONAL FOUNDATION, INC. d/b/a AMERICAN MUSLIMS FOR PALESTINE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-3412 (ALC) |

### NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, and all the papers and proceedings had herein, Plaintiff will move this Court at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order dismissing the Plaintiff's complaint with prejudice, and for any further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that opposing papers, if any, shall be filed on or before Friday, September 5, 2025.

**PLEASE TAKE FURTHER NOTICE**, that reply papers, if any, shall be filed on or before September 12, 2025.

Dated: New York, New York
August 22, 2025

BELDOCK LEVINE & HOFFMAN LLP

By: _____
Luna Droubi
99 Park Ave., PH/26th Floor
New York, NY 10016
Tel: (212) 277-5875
Fax: (212) 277-5880

Christina A. Jump
(*pro hac vice* application forthcoming)
Samira S. Elhosary
(*pro hac vice* application forthcoming)
Constitutional Law Center
for Muslims in America
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org

COUNSEL FOR DEFENDANT
AJP EDUCATIONAL FOUNDATION, INC. a/k/a
AMERICAN MUSLIMS FOR PALESTINE

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

2