UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
AMI HOROWITZ :
:
        Plaintiff, :
:
v. :   Civil Case No. 1:25-cv-3412 (ALC)
:
AJP EDUCATIONAL FOUNDATION, :
INC. d/b/a AMERICAN :
MUSLIMS FOR PALESTINE and :
NATIONAL STUDENTS FOR JUSTICE :
IN PALESTINE, :
:
        Defendants. :
:
---------------------------------------------------------------X

## DECLARATION OF JACOB WILLIAM ROTH

I, Jacob William Roth, declare as follows:

1. I have personal knowledge of the facts set forth herein.

2. My full legal name is Jacob William Roth. I am an attorney with Dhillon Law Group. I represent the Plaintiff, Ami Horowitz, in this matter. I reside in Florida and my business address is Dhillon Law Group, 1601 Forum Street, Suite 403, West Palm Beach, Florida 33401. My email address is jroth@dhillonlaw.com.

**I. Defendant NSJP's opaque organizational structure is evasive of service and has made identifying an appropriate individual to serve difficult and uncertain.**

3. In attempting to arrange service of process of the Complaint in this litigation on Defendant National Students for Justice in Palestine ("NSJP"), I researched NSJP's organization and leadership.

1

4. NSJP is an unincorporated association. NSJP has no formal or identified place of business and no other physical location; no publicly identified leadership structure or leaders; and no registered agents. On information and belief, based on public reporting, NSJP is led by a "national steering committee," the membership of which is kept anonymous with very few exceptions.[1] An article in *The New Yorker* magazine from 2023 profiled the organization and identified two individuals, Carrie Zaremba and Sean Eren, as members of the steering committee.[2] A post on NSJP's X account dated September 2, 2024, also referred to Zaremba as a steering committee member.[3] A third steering committee member has been identified by attorneys from the Hamilton Lincoln Law Institute in litigation against NSJP for its role in coordinating a blockade of roads leading to O'Hare International Airport near Chicago, Illinois. As attested to in a declaration by Neville Hedley, an attorney with the Hamilton Lincoln Law Institute, a graduate student at UCLA in Los Angeles, California, Dylan Kupsh, identified himself as an NSJP steering committee member in campaign materials when running for leadership within a graduate student union.[4] Though the webpage that contained Kupsh's statement that he is a member of NSJP's steering committee has since been taken down,[5] Hedley attached an image capture of the page to his sworn declaration.[6]

---

[1] Alan Blinder, *Inside the Pro-Palestinian Group Protesting Across College Campuses*, New York Times (Nov. 17, 2023), https://www.nytimes.com/2023/11/17/us/students-justice-palestine-cam; Will Carless and Romina Ruiz-Goiriena, *Amid campus protests, organizers with past ties to Hamas support also emerge*, USA Today (May 22, 2024), https://www.usatoday.com/story/news/investigations/2024/05/22/gaza-student-protests-american-muslims-for-palestine/73775372007/; Shireen Akram-Boshar, *Palestine Solidarity Activists Fear harris Will Not Change Course on Gaza*, Truthout (Aug. 1, 2024), https://truthout.org/articles/palestine-solidarity-activists-fear-harris-will-not-change-course-on-gaza/; Nashwa Bawab, *"It's a Statement About Who the University Belongs to"*, In these Times (May 7, 2024), https://inthesetimes.com/article/palestine-israel-student-movement-sjp-gups-gaza-encampments-popular-university-gaza.
[2] Emma Green, *How A Students Group Is Politicizing A Generation on Palestine*, The New Yorker (Dec. 15, 2023).
[3] @NationalSJP, X (Sep. 2, 2024, 3:19 PM), https://x.com/NationalSJP/status/1830686991450509491. An image capture of this post is attached as Exhibit 1.
[4] *See* Declaration of Neville Hedley ¶ 5, Exhibit 6, *Manhart v. AJP Education Foundation, et al.*, No. 24-cv-8209 (N.D.Ill. Sep. 9, 2024), ECF No. 1-1 (attached as Exhibit 2).
[5] *See* https://www.rnfdu.org/dylan.
[6] *See* Exhibit 2.

5. Despite diligently researching the reporting on NSJP's organization and leadership and reviewing its website and social media posts, I have not been able to discover the identity of any other members of NSJP's steering committee or any further information about its organizational structure and membership. NSJP goes out of its way to hide this information. Other than Eren and Zaremba, NSJP's steering committee members fastidiously hide their identity. When giving interviews or interacting with reporters, steering committee members maintain their anonymity.[7] NSJP does not provide any information about its leadership on its website, nationalsjp.org. The "Who Are We?" section of the site contains no information about NSJP's organization or leadership: it does not even mention that NSJP is led by a steering committee.[8] After diligent search, no publicly available documents or press materials have been located elsewhere that describe where NSJP is located or the identities of its leaders.

6. Though it is not clear whether Kupsh, Eren, and Zaremba are current or prior members of NSJP's steering committee, or whether they even remain involved with NSJP, they are the only individuals I have been able to identify who might be able to accept service of process for NSJP.

7. Defendant AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") denies that it has any connection with NSJP and refuses to accept service on its behalf. In an email I received from counsel for AMP, counsel directly stated that AMP refused to accept service of a summons for NSJP and that "AMP has not accepted and will not accept service for any other entity."[9] AMP's counsel further stated, "we do not represent National Students for

---

[7] *See* Blinder, *supra* note 1; Carless, *supra* note 1; Akram-Boshar, *supra* note 1; Bawab, *supra* note 1.
[8] *Who Are We?*, National Students for Justice in Palestine (last visited May 14, 2025), https://www.nationalsjp.org/about.
[9] Exhibit 3.

3

Justice in Palestine and therefore cannot accept service on its behalf or speak to where/how/to whom you should direct that service."[10]

### II. Attempts to serve the three potential members of NSJP's steering committee and to contact NSJP's counsel have been unsuccessful.

8. To attempt service on NSJP, I had a public records search run on Sean Eren,[11] Carrie Zaremba,[12] and Dylan Kupsh[13] through Westlaw's public records database to determine their addresses. The searches produced last known addresses for Eren and Zaremba in Maryland and for Kupsh in California. I arranged for professional process servers to attempt service on all three at their last known addresses.

9. Service could not be successfully effected on any of them. A process server made eight attempts on the last known address for Kupsh in Huntington Beach, California between June 1, 2025, and June 27, 2025, at various times during the day.[14] The server received no answer at the residence during any of the attempts and the neighbors were unhelpful and could not confirm if Kupsh is located at the address.[15] A process server attempted to serve Eren at his last known address, located in Hyattsville, Maryland. The server knocked on the door and rang the bell multiple times but received no response and observed no signs of activity inside.[16] The server spoke with a neighbor who said he did not know anyone by Eren's name at the residence.[17] A process server attempted to serve Zaremba at her last known address, located in Baltimore.[18] The server was told by the man who answered the door that Zaremba no longer lives there.[19]

---

[10] *Id*.
[11] Exhibit 4.
[12] Exhibit 5.
[13] Exhibit 6.
[14] Exhibit 7.
[15] *Id*.
[16] Exhibit 8.
[17] *Id*.
[18] Exhibit 9.
[19] *Id*.

4

10. These difficulties with serving NSJP resemble the difficulties experienced by other plaintiffs who have sued NSJP. NSJP has been sued in the Eastern District of Virginia in *Parizer, et al. v. AJP Educational Foundation Inc.*, Case No. 1:24-cv-724-RDA-IDD (E.D. Va.) by victims of Hamas's October 7, 2023, terrorist attack on Israel for its role aiding and abetting Hamas. The plaintiffs in *Parizer* had similar issues to Plaintiff in serving NSJP, attempting and failing to serve Kupsh due to his evasiveness and struggling to effect service by any traditional means due to NSJP's secrecy and refusal to maintain or disclose a physical location or its leadership.[20] Because of Kupsh's evasion of service and NSJP's opaque operations, the plaintiffs in *Parizer* were unable to serve NSJP within the 90-day service period.[21] They thus requested an extension of time for service and an order permitting service by publication, which the court granted.[22] The court's amended order permitting service by publication was granted on September 6, 2024.[23] Counsel for NSJP then swiftly appeared in that matter on September 19, 2024.[24]

11. On July 16, 2025, in a further attempt to arrange either service on NSJP or obtain its waiver of service, I emailed three of the attorneys who appeared for NSJP in *Parizer*: Abdel-Rahman Hamed, Collin Poirot, and Mark Klein.[25] The fourth attorney who appeared for NSJP in *Parizer* has no listed email address on the docket for that case, with the line for his email address simply stating, "**NA**."[26] In my email to NSJP's counsel, I attached a form for waiver of service

---

[20] Brief in Support of Plaintiffs' Motion for Extension of Time to Serve Defendant National Students for Justice in Palestine and to Serve by Publication at 3-4, *Parizer v. AJP Educational Foundation*, No. 1:24-cv-724-RDA-IDD (E.D.Va. Aug. 16, 2024), ECF No. 44-1.
[21] Brief in Support of Plaintiffs' Motion for Extension Time, *supra* note 19 at 2-4.
[22] *Id*. at 4; Order of Publication, *Parizer v. AJP Educational Foundation*, No. 1:24-cv-724-RDA-IDD (E.D.Va. Aug. 28, 2024), ECF No. 61.
[23] Amended Order of Publication, *Parizer v. AJP Educational Foundation*, No. 1:24-cv-724-RDA-IDD (E.D.Va. Sept. 6, 2024), ECF No. 69.
[24] Notice of Appearance by Abdel-Rahman Hamed on behalf of national Students for Justice in Palestine, *Parizer v. AJP Educational Foundation*, No. 1:24-cv-724-RDA-IDD (E.D.Va. Sept. 19, 2024), ECF No. 86.
[25] Exhibit 10.
[26] *See generally* Docket, *Parizer v. AJP Educational Foundation*, No. 1:24-cv-724-RDA-IDD (E.D.Va.).

and a copy of the filed Complaint and inquired whether they represent NSJP in this matter or know who does and whether NSJP is willing to waive service.[27] I requested that they forward the request for waiver of service to NSJP even if they do not represent NSJP in this matter.[28] As of the date of this declaration, I have received no response.

      12.    Based on the absence of identified and formal means for service upon NSJP and the difficulty of locating and attempting service upon the three individuals who have been identified as potential members of NSJP's purported steering committee, service could not be accomplished on NSJP before the July 24, 2025, end of the service period. Further, it does not appear that service on NSJP will be practicable through traditional means due to NSJP's operational secrecy.

      I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on August 22, 2025                              /s/    *Jacob William Roth*
                                                                            Jacob William Roth

---

[27] Exhibit 10.
[28] *Id.*