Possible People Information                                                 2
    Person Overview                                                        2
    Date of Birth Summary                                                  2
    SSN Summary                                                            2
    Name Variations                                                        2
    Addresses                                                              3
    Phone Numbers                                                          3
    Bank Account Header Records                                            3
Possible Adverse Information                                               4
    Risk Flags Analysis                                                    4
Full-Text Documents                                                        8
    All Full-Text Documents                                                8
Associate Analytics                                                       15
    Associate Analytics Chart                                             15
Possible Relatives & Household Members                                    16
    Household Records                                                     16
    Relatives Analysis                                                   17
    Other Address Associations                                           20
Possible Neighbors                                                        21
    Neighbors of Current & Previous Addresses                             21
Possible Named Parties                                                    28
    People Associations                                                  28
No Documents Found                                                        28
    No Documents Were Found In These Sources                              28
Permissible Uses and FCRA Disclaimer                                      29
    Permissible Uses                                                     29

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

### Person Overview

**DYLAN KUPSH**

200 PACIFIC COAST HWY UNIT 347

HUNTINGTON BEACH, CA 92648-5195 | ORANGE

County

**Phone Number(s):**

925-788-1865

925-691-7923

**SSN:**

623-11-XXXX - issued in CA in 1999

**DOB:**

02/XX/1999 (Age: 26)

**Entity ID:**

P16787462290



### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| 02/XX/1999 (Age: 26) | Bank Account Header Records | Experian Credit Header Experian Credit Header Real Time | People Household #1 | People Household #2 |

### SSN Summary

| SSN | Source |
|---|---|
| 623-11-XXXX - issued in CA in 1999 | Bank Account Header Records | Equifax Credit Header | Experian Credit Header | Experian Credit Header Real Time |

### Name Variations

| Name | Source |
|---|---|
| DYLAN M KUPSH | People Find | People Household |
| MR DYLAN M KUPSH | People Household #1 | People Household #2 |
| DYLAN KUPSH | Experian Credit Header Real Time |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Addresses

| Address |
|---|
| **200 PACIFIC COAST HWY UNIT 347, HUNTINGTON BEACH, CA 92648-5195 \| ORANGE County** |

*Reported 01/01/2021 - 05/02/2025*

| | |
|---|---|
| By People Find 03/28/2023 - 03/28/2023 | People Find |
| By Equifax Credit Header 07/01/2022 - 07/31/2022 | Equifax Credit Header |
| By Experian Credit Header 04/19/2022 - 04/19/2022 | Experian Credit Header |
| By Experian Credit Header Real Time 04/19/2022 - 04/19/2022 | Experian Credit Header Real Time |
| By People Household 01/01/2021 - 11/30/2021 | People Household |

| Address |
|---|
| **3748 KEYSTONE AVE, LOS ANGELES, CA 90034-6336 \| LOS ANGELES County** |

*Reported 01/08/2025 - 01/08/2025*

| | |
|---|---|
| By Experian Credit Header 01/08/2025 - 01/08/2025 | Experian Credit Header |
| By Experian Credit Header Real Time 01/08/2025 - 01/08/2025 | Experian Credit Header Real Time |

| Address |
|---|
| **725 WEYBURN TER, LOS ANGELES, CA 90024-7221 \| LOS ANGELES County** |

*Reported 06/01/2022 - 07/31/2022*

| | |
|---|---|
| By Equifax Credit Header 07/01/2022 - 07/31/2022 | Equifax Credit Header |
| By Experian Credit Header 07/12/2022 - 07/12/2022 | Experian Credit Header |
| By Experian Credit Header Real Time 07/12/2022 - 07/12/2022 | Experian Credit Header Real Time |

| Address |
|---|
| **931 DAWNVIEW CT, CONCORD, CA 94521-5418 \| CONTRA COSTA County** |

*Reported 01/01/1997 - 09/18/2021*

| | |
|---|---|
| By Experian Credit Header 03/14/2021 - 09/18/2021 | Experian Credit Header |
| By Experian Credit Header Real Time 03/14/2021 - 09/18/2021 | Experian Credit Header Real Time |
| By Bank Account Header Records 08/04/2021 - 08/04/2021 | Bank Account Header Records |
| By People Find 05/28/2021 - 05/28/2021 | People Find #1          People Find #2 |
| By Equifax Credit Header 03/01/2021 - 03/31/2021 | Equifax Credit Header |
| By People Household 01/01/1997 - 10/31/2018 | People Household |

## Phone Numbers

| Phone | Source | | |
|---|---|---|---|
| 925-788-1865 | Experian Credit Header Real Time | | |
| 925-691-7923 | Experian Credit Header | People Find #1 | People Find #2 |

## Bank Account Header Records

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| City | State | Last Activity Date | Confidence Score | View Full Text |
|------|-------|--------------------|--------------------|----------------|
| CONCORD | CA | 08/04/2021 | 99% | Full-Text |

## Possible Adverse Information

**Risk Flags Analysis**

# List of Possible Risk Flags

| Risk Flags Name | Yes/No |
|-----------------|--------|
| Arrest Record | No |
| Criminal Record | No |
| OFAC Listing | No |
| World-Check Listing | No |
| Global Sanctions | No |
| Bankruptcy | No |
| Recorded as Deceased | No |
| Person Associated with Marijuana Related Business | No |
| Multiple SSNs | No |
| SSN Matches Multiple Individuals | No |
| Age Younger than SSN Issue Date | No |
| SSN Format is Invalid | No |
| SSN Is an ITIN | No |
| Address 1st Reported <90 Days | No |
| Residential Address Used as a Business Address | No |
| Prison Address on Record | No |
| P.O. Box Listed as Address | No |
| Telephone Number Inconsistent with Address | No |
| Associate or Relative With a Residential Address Used as a Business Address | Yes |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative with P.O. Box Listed as Address | Yes |
| Non-residential Address | Yes |

# Risk Flag Details

| Associate or Relative With a Residential Address Used as a Business Address | | |
|---|---|---|
| **Associate:** | **Address:** | **Source:** |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

MICHELE MORO

2580 CAHUENGA BLVD E, LOS ANGELES, CA 90068-2752 | LOS ANGELES County

Business Profile

**Associate:**
BRIAN C KOSSOFF

**Address:**
13820 POLK ST, SYLMAR, CA 91342-1714 | LOS ANGELES County

**Source:**
Fictitious Business Name

Business Profile

**Address:**
21250 NORDHOFF ST, CHATSWORTH, CA 91311-5817 | LOS ANGELES County

**Source:**
Fictitious Business Name

**Address:**
13412 SATICOY ST, NORTH HOLLYWOOD, CA 91605-3412 | LOS ANGELES County

**Source:**
Fictitious Business Name

**Address:**
172 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102-3810 | SAN FRANCISCO County

**Source:**
Fictitious Business Name

**Address:**
8832 BRADLEY AVE, SUN VALLEY, CA 91352-2703 | LOS ANGELES County

**Source:**
Fictitious Business Name

Corporate Filings - Secretary of State

Business Profile

**Associate:**
DAVID ESPEY

**Address:**
520 ASBURY DR STE CPT208, MANDEVILLE, LA 70471-3393 | SAINT TAMMANY County

**Source:**
D&B Market Identifiers (DMI)

**Address:**
413 SILVER OAK DR, MADISONVILLE, LA 70447-3176 | SAINT TAMMANY County

**Source:**
D&B Market Identifiers (DMI)

Corporate Filings - Secretary of State

Business Profile

**Address:**

**Source:**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

|  |  |  |
|---|---|---|
|  | 10511 DUNBROOK DR, HOUSTON, TX 77070-4037 \| HARRIS County | Fictitious Business Name |
|  | **Address:** | **Source:** |
|  | 6907 ENCHANTED CREST CT, KATY, TX 77449-5339 \| HARRIS County | Fictitious Business Name |
|  | **Address:** | **Source:** |
|  | 10190 SUNBURST VIEW, CYPRESS, TX 77429 \| HARRIS County | Fictitious Business Name |
| **Associate:** RACHEL FOTI | **Address:** | **Source:** |
|  | 12910 CULVER BLVD STE H, LOS ANGELES, CA 90066-6787 \| LOS ANGELES County | Business Profile<br><br>Corporate Filings - Secretary of State |
|  | **Address:** | **Source:** |
|  | 7083 HOLLYWOOD BLVD STE 180, LOS ANGELES, CA 90028-8902 \| LOS ANGELES County | Fictitious Business Name |
|  | **Address:** | **Source:** |
|  | 3201 MAPLE AVE # 0, LOS ANGELES, CA 90011-2305 \| LOS ANGELES County | Fictitious Business Name |
|  | **Address:** | **Source:** |
|  | 6832 BALCOM AVE APT 106, RESEDA, CA 91335-4801 \| LOS ANGELES County | Business Profile<br><br>Corporate Filings - Secretary of State |
|  | **Address:** | **Source:** |
|  | 7401 FULTON AVE, NORTH HOLLYWOOD, CA 91605-4116 \| LOS ANGELES County | Fictitious Business Name |
|  | **Address:** | **Source:** |
|  | 346 RAMBLE RIDGE DR, THOUSAND OAKS, CA 91360-2849 \| VENTURA County | Fictitious Business Name<br><br>Corporate Filings - Secretary of State<br><br>D&B Market Identifiers (DMI) |
|  | **Address:** | **Source:** |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | 121 S ELM DR APT 14, BEVERLY HILLS, CA 90212-3358 \| LOS ANGELES County | Corporate Filings - Secretary of State |
| --- | --- | --- | --- |
| | | **Address:** 5400 LINDLEY AVE UNIT 309, ENCINO, CA 91316-1912 \| LOS ANGELES County | **Source:** Fictitious Business Name

Corporate Filings - Secretary of State |
| | | **Address:** 1445 REEVES ST APT 208, LOS ANGELES, CA 90035-2968 \| LOS ANGELES County | **Source:** Corporate Filings - Secretary of State

Business Profile

Fictitious Business Name |
| **Associate:** PAUL BEAMAN | | **Address:** 1233 W RANCHO VISTA BLVD STE 1121, PALMDALE, CA 93551-3951 \| LOS ANGELES County | **Source:** Business Profile |
| | | **Address:** 8221 S VAN NESS AVE, INGLEWOOD, CA 90305-1545 \| LOS ANGELES County | **Source:** Fictitious Business Name

Corporate Filings - Secretary of State |
| | | **Address:** 1233 RANCHO VISTA BLVD STE 1121, PALMDALE, CA 93551-3951 \| LOS ANGELES County | **Source:** Business Profile |
| **Associate:** JAMES A ALLAIRE | | **Address:** 18724 VISTA DEL CANON UNIT A, NEWHALL, CA 91321-2279 \| LOS ANGELES County | **Source:** Fictitious Business Name |
| | | **Address:** UNIT A, NEWHALL, CA 91321 \| LOS ANGELES County | **Source:** Fictitious Business Name |
| **Relative:** JERRY M KUPSH | **Address:** | | |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

2999 OAK RD STE 100, WALNUT
CREEK, CA 94597-2011 | CONTRA
COSTA County

### Associate or Relative with P.O. Box Listed as Address

| Associate: | Address: | Source: |
|---|---|---|
| HSIUFANG WEI | PO BOX 3663, MONTEBELLO, CA 90640-8963 | LOS ANGELES County | People Historical |
| | Address: PO BOX 3942, MONTEBELLO, CA 90640-9242 | LOS ANGELES County | Source: People Historical |
| Associate: LILLY MONTVANICHPHAKD | Address: PO BOX 27062, LOS ANGELES, CA 90027-0062 | LOS ANGELES County | Source: People Historical |
| Associate: JAMES A ALLAIRE | Address: PO BOX 1455, MONROVIA, CA 91017-1455 | LOS ANGELES County | Source: People Find |

### Non-residential Address


# Full-Text Documents

**All Full-Text Documents**

## People Find Records  (2)

To Summary

**People Finder - Historic Tracker Record**


## Source Information

| | |
|---|---|
| **Information Current Through:** | 04/30/2025 |
| **Database Last Updated:** | 05/05/2025 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 05/14/2025 |
| **Source:** | TRANS UNION |

## Last Known Address Information

| | |
|---|---|
| **Current Address:** | 931 DAWNVIEW CT CONCORD, CA 94521-5418 |
| **Phone Number 1:** | 925-691-7923 |
| **Address First Reported:** | 05/28/2021 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Individual Information

| Name: | KUPSH, DYLAN |
| --- | --- |
| On File Since: | 05/28/2021 |

**End of Document**

To Summary

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

**People Finder - Historic Tracker Record**

### Source Information

| Information Current Through: | 04/30/2025 |
| --- | --- |
| Database Last Updated: | 05/05/2025 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/14/2025 |
| Source: | TRANS UNION |

### Last Known Address Information

| Current Address: | 200 PACIFIC COAST HW 347 HUNTINGTON BEACH, CA 92648-5195 |
| --- | --- |
| Phone Number 1: | 925-691-7923 |
| Address First Reported: | 03/28/2023 |

### Individual Information

| Name: | KUPSH, DYLAN |
| --- | --- |
| Also Known As: | KUPSH, DYLAN M |
| On File Since: | 05/28/2021 |

### Other Address Information

| Previous Address: | 931 DAWNVIEW CT CONCORD, CA 94521-5418 |
| --- | --- |
| Address First Reported: | 05/28/2021 |

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

## Experian Credit Header Records (1)

To Summary

**CREDIT HEADER**

### Source Information

| Information Current Through: | 04/01/2025 |
| --- | --- |
| Database Last Updated: | 04/22/2025 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/14/2025 |
| Source: | EXPERIAN CREDIT HEADER |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**Individual Information**

| | |
|---|---|
| Name: | KUPSH, DYLAN |
| Best SSN: | 623-11-XXXX |
| Date of Birth: | 02/XX/1999 |
| Gender: | MALE |
| On File Since: | 03/14/2021 |

**Last Known Address Information**

| | |
|---|---|
| 1 Address: | 3748 KEYSTONE AVE<br>LOS ANGELES, CA 90034-6336 |
| Address First Reported: | 01/08/2025 |
| Address Last Reported: | 01/08/2025 |

**Other Address Information**

| | |
|---|---|
| 2 Previous Address: | 725 WEYBURN TER<br>LOS ANGELES, CA 90024-7221 |
| Address First Reported: | 07/12/2022 |
| Address Last Reported: | 07/12/2022 |
| 3 Previous Address: | 200 PACIFIC COAST HWY APT 347<br>HUNTINGTON BEACH, CA 92648-5195 |
| Address First Reported: | 04/19/2022 |
| Address Last Reported: | 04/19/2022 |
| 4 Previous Address: | 931 DAWNVIEW CT<br>CONCORD, CA 94521-5418 |
| Address First Reported: | 03/14/2021 |
| Address Last Reported: | 09/18/2021 |

End of Document                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

## Experian Credit Header Real Time (1)

To Summary

| CREDIT HEADER REAL TIME |
|---|

## Fraud Alert Information

| SSN Alerts | |
|---|---|
| Inquiry SSN Has Not Been Issued | No |

## Individual Information

| | |
|---|---|
| Best Name: | DYLAN KUPSH |
| Best SSN: | 623-11-XXXX |
| Times Reported: | 2 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | | | |
|---|---|---|---|---|
| Inquiry SSN Recorded As Deceased | No | **Date of Birth:** | 02/XX/1999 | |
| Inquiry Age Younger than SSN Issue Date | No | **Telephone Number(s):** | 925-788-1865 Type: Cellular | |
| High Probability SSN Belongs to Another | No | | | |

### Best Address Information

| | |
|---|---|
| **Best Address:** | 3748 KEYSTONE AVE LOS ANGELES, CA 90034 |

| | | |
|---|---|---|
| Inquiry SSN Format Is Invalid | No | |
| Best Onfile SSN Recorded as Deceased | No | Reported 1 Times |
| | | |

| | |
|---|---|
| **Address First Reported:** | 01/08/2025 |
| Best Onfile SSN Not Issued as of: | No |
| **Address Last Reported:** | 01/08/2025 |

| | |
|---|---|
| SSN Reported more Frequently for Another | No |
| Other SSN(s) | No |

### Other Address Information

| | |
|---|---|
| **Other Address:** | 725 WEYBURN TER LOS ANGELES, CA 90024 |

**Address Alerts**

| | | | |
|---|---|---|---|
| Inquiry/Online Current Address Conflict | No | Reported 0 Times | |
| Inquiry Address 1ST Reported <90 Days | No | **Address First Reported:** | 07/12/2022 |
| | | **Address First Reported:** | 07/01/2022 |
| | | **Address First Reported:** | 06/01/2022 |
| Inquiry Current Address Not Onfile | No | **Address First Reported:** | 07/12/2022 |
| Inquiry Address: Alert | No | **Address Last Reported:** | 07/12/2022 |
| Inquiry Address: Non-Residential | No | **Address Last Reported:** | 07/31/2022 |
| | | **Address Last Reported:** | 06/30/2022 |
| Inquiry Address: Cautious | No | **Address Last Reported:** | 07/12/2022 |
| Best Address: Alert | No | **Other Address:** | 200 PACIFIC COAST HWY HUNTINGTON BEACH, CA 92648 |
| Best Address: Non-Residential | Yes | | |
| Best Address: Cautious | No | Reported 1 Times | |
| Inquiry Telephone Number Inconsistent with Address | No | **Address First Reported:** | 04/19/2022 |
| | | **Address First Reported:** | 01/01/2021 |
| | | **Address First Reported:** | 05/01/2021 |
| | | **Address First Reported:** | 07/01/2022 |
| | | **Address First Reported:** | 08/01/2022 |

### Source Information

| | | | |
|---|---|---|---|
| | | **Address First Reported:** | 04/19/2022 |
| **Current Date:** | 05/14/2025 | **Address First Reported:** | 03/28/2023 |
| **Source:** | Experian Credit Header | **Address Last Reported:** | 04/19/2022 |
| | | **Address Last Reported:** | 11/30/2021 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Address Last Reported: | 05/02/2025 |
|---|---|
| Address Last Reported: | 07/31/2022 |
| Address Last Reported: | 08/31/2022 |
| Address Last Reported: | 04/19/2022 |
| Address Last Reported: | 03/28/2023 |
| Other Address: | 931 DAWNVIEW CT CONCORD, CA 94521 |
| | Reported 0 Times |
| Address First Reported: | 03/14/2021 |
| Address Last Reported: | 09/18/2021 |

End of Document                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

## Equifax Credit Header Records (1)

To Summary

### CREDIT HEADER

**Source Information**

| Information Current Through: | 05/13/2025 |
|---|---|
| Database Last Updated: | 05/13/2025 |
| Update Frequency: | WEEKLY |
| Current Date: | 05/14/2025 |
| Source: | EQUIFAX CREDIT HEADER |

**Individual Information**

| Name: | KUPSH, DYLAN |
|---|---|
| SSN: | 623-11-XXXX |
| SSN Status | CONFIRMED |
| Date of Birth: | 02/XX/1999 |

**Last Known Address Information**

| Current Address: | 200 PACIFIC COAST HWY UNIT 347 HUNTINGTON BEACH, CA 92648 |
|---|---|
| Address On File Since: | 07/2022 |

**Other Address Information**

| Previous Address: | 725 WEYBURN TER LOS ANGELES, CA 90024 |
|---|---|
| Address On File Since: | 06/2022 |
| Previous Address: | 931 DAWNVIEW CT |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| | CONCORD, CA 94521 |
| **Address On File Since:** | 02/2021 |

End of Document                                          © 2025 Thomson Reuters. No claim to original U.S. Government Works.

## Bank Account Header Records (1)

To Summary

| Bank Account Header Record |
|---|

**Source Information:**

| | |
|---|---|
| **Information Current Through:** | 05/06/2025 |
| **Database Last Updated:** | 05/07/2025 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 05/14/2025 |
| **Source:** | BANK ACCOUNT HEADER RECORDS |
| **Record Last Updated:** | 08/04/2021 |
| | |

**Individual Information:**

| | |
|---|---|
| **Name:** | KUPSH, DYLAN |
| **Last Reported:** | 08/04/2021 |
| | |

**Social Security/Individual Taxpayer Identification Number:**

| | |
|---|---|
| **Most Recent SSN/ITIN:** | 623-11-XXXX |
| **Last Reported:** | 08/04/2021 |
| | |

**Date of Birth Information:**

| | |
|---|---|
| **Date of Birth:** | 02/XX/1999 |
| **Last Reported:** | 08/04/2021 |
| | |

**Address Information:**

| | |
|---|---|
| **Current Address:** | 931 DAWNVIEW CT<br> CONCORD, CA 94521-5418 |
| **Last Reported:** | 08/04/2021 |
| | |

End of Document                                          © 2025 Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Household Records  (2)

To Summary

**People Finder Household-Centric Record**

### Source Information

| | |
|---|---|
| Information Current Through: | 02/25/2025 |
| Database Last Updated: | 05/10/2025 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/14/2025 |
| Source: | Data by Data Axle, Copyright © 2025, All Rights Reserved. |

### Household Information:

| | |
|---|---|
| Address: | 200 PACIFIC COAST HWY UNIT 347 HUNTINGTON BEACH, CA 92648-5195 |
| County: | ORANGE |
| Latitude/Longitude: | 33.656844/-118.000393 |
| Residence Type: | MULTI-FAMILY DWELLING |
| Address First Reported: | 05/01/2021 |

### Head of Household Information

| | |
|---|---|
| Head of Household: | JERRY M KUPSH |
| Gender: | MALE |
| Date of Birth: | 06/XX/1968 |
| Name/Address Confirmed: | 05/02/2025 |
| Marital Status: | MARRIED |

### Additional Individuals In This Household

| | |
|---|---|
| Name: | SYDNEY KUPSH |
| Gender: | FEMALE |
| Date of Birth: | 02/XX/2002 |
| Name/Address Confirmed: | 05/02/2025 |
| Name: | DYLAN M KUPSH |
| Gender: | MALE |
| Date of Birth: | 02/XX/1999 |
| Name/Address Confirmed: | 05/02/2025 |
| Name: | KRISTIN D KUPSH |
| Gender: | FEMALE |
| Date of Birth: | 11/XX/1968 |
| Name/Address Confirmed: | 05/02/2025 |
| Marital Status: | MARRIED |

End of Document                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**People Finder Household-Centric Record**

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

## Source Information

| | |
|---|---|
| Information Current Through: | 02/25/2025 |
| Database Last Updated: | 05/10/2025 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/14/2025 |
| Source: | Data by Data Axle, Copyright © 2025, All Rights Reserved. |

## Household Information:

| | |
|---|---|
| Address: | 931 DAWNVIEW CT CONCORD, CA 94521-5418 |
| County: | CONTRA COSTA |
| Latitude/Longitude: | -121.972127/37.930386 |
| Residence Type: | SINGLE FAMILY DWELLING |
| Address First Reported: | 1997 |

## Head of Household Information

| | |
|---|---|
| Head of Household: | MR JERRY M KUPSH |
| Gender: | MALE |
| Date of Birth: | 06/XX/1968 |
| Name/Address Confirmed: | 01/2021 |
| Marital Status: | MARRIED |

## Additional Individuals In This Household

| | |
|---|---|
| Name: | MS KRISTIN D KUPSH (Spouse) |
| Gender: | FEMALE |
| Date of Birth: | 11/XX/1968 |
| Name/Address Confirmed: | 12/2020 |
| Marital Status: | MARRIED |
| Name: | MR DYLAN M KUPSH |
| Gender: | MALE |
| Date of Birth: | 02/XX/1999 |
| Name/Address Confirmed: | 10/2018 |
| Name: | MS SYDNEY KUPSH |
| Gender: | FEMALE |
| Date of Birth: | 02/XX/2002 |
| Name/Address Confirmed: | 10/2021 |

End of Document
© 2025 Thomson Reuters. No claim to original U.S. Government Works.

## Associate Analytics

### Associate Analytics Chart

| Association | Possible OFAC? | Possible Global Sanctions? | Possible Arrest Records? | Possible Criminal Records? | Possible Bankruptcy? |
|---|---|---|---|---|---|
| Possible Relatives | | | | | |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| KUPSH, JERRY M | No | No | No | No | No |
|---|---|---|---|---|---|
| KUPSH, KRISTIN D | No | No | No | Yes | No |
| KUPSH, SYDNEY | No | No | No | No | No |
| KUPSH, JEROME M | No | No | No | No | No |
| **Possible Associates** | | | | | |
| NIXON, DIANE T | No | No | No | No | No |
| ENYART, STEPHANIE L | No | No | No | No | No |
| NORTON, LINDSEY | No | No | No | No | No |
| ROBLES, GONZALO | No | No | No | No | No |
| CHINO, KOICHI | No | No | No | No | No |
| CLAWSON, REBECCA | No | No | No | No | No |
| BOEHMER, ALEXZANDER L | No | No | No | No | No |
| KAOSHIK, RONAK | No | No | No | No | No |

## Possible Relatives & Household Members

**Household Records**

## 200 PACIFIC COAST HWY UNIT 347 HUNTINGTON BEACH, CA 92648-5195    | Full-Text

| Address First Reported: | 05/01/2021 | Confidence Score: | 99 |
|---|---|---|---|
| **Name** | **Role** | **Date of Birth** | **Name/Address Confirmed:** |
| JERRY M KUPSH | Head of Household | 06/XX/1968 | 05/02/2025 |
| SYDNEY KUPSH | Other | 02/XX/2002 | 05/02/2025 |
| DYLAN M KUPSH | Other | 02/XX/1999 | 05/02/2025 |
| KRISTIN D KUPSH | Other | 11/XX/1968 | 05/02/2025 |

## 931 DAWNVIEW CT CONCORD, CA 94521-5418    | Full-Text

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Address First Reported: | 1997 | Confidence Score: | 97 |
|---|---|---|---|
| Name | Role | Date of Birth | Name/Address Confirmed: |
| MR JERRY M KUPSH | Head of Household | 06/XX/1968 | 01/2021 |
| MS KRISTIN D KUPSH | Spouse | 11/XX/1968 | 12/2020 |
| MR DYLAN M KUPSH | Other | 02/XX/1999 | 10/2018 |
| MS SYDNEY KUPSH | Other | 02/XX/2002 | 10/2021 |

**Relatives Analysis**

# JERRY M KUPSH

| Relative of: | DYLAN KUPSH | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | 546-79-XXXX - issued in CA in 1984 | DOB: | 06/XX/1968 (Age: 56) |

| Possible AKA | SSN | DOB |
|---|---|---|
| JERRY KUPSH | 546-79-XXXX | 06/XX/1968 |
| J KUPSH | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2021 - 05/02/2025 | 200 PACIFIC COAST HWY UNIT 347, HUNTINGTN BCH, CA 92648-5195 \| ORANGE County | 925-691-7923 |
| Reported 01/01/1997 - 02/12/2021 | \* 931 DAWNVIEW CT, CONCORD, CA 94521-5418 \| CONTRA COSTA County | 925-691-7923 |
| Reported 01/01/2012 - 08/31/2012 | 3183 WAYSIDE PLZ APT 201, WALNUT CREEK, CA 94597-2072 \| CONTRA COSTA County | 925-691-7923 |
| Reported 07/21/1989 - 01/23/2003 | 1455 E JOYAL CT, FRESNO, CA 93710-7313 \| FRESNO County | 691-7923 |
| Reported 05/03/1991 - 01/23/2003 | 21842 HARBORBREEZE LN, HUNTINGTON BEACH, CA 92646-8253 \| ORANGE County | 225-8023 |
| Reported 11/01/1991 - 01/23/2003 | 3173 WAYSIDE PLZ, WALNUT CREEK, CA 94597-7700 \| CONTRA COSTA County | N/A |
| Reported 03/12/1996 - 05/06/1997 | 3173 WAYSIDE PLZ APT 317, WALNUT CREEK, CA 94597-7703 | N/A |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Date Range | Address | Phone |
|---|---|---|
| Reported 07/01/1993 - 07/31/1993 | 2400 WATERVIEW PKWY APT 617, RICHARDSON, TX 75080-2261 \| COLLIN County | N/A |

# KRISTIN D KUPSH

| Relative of: | DYLAN KUPSH | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | 568-79-XXXX - issued in CA in 1984 | DOB: | 11/XX/1968 (Age: 56) |

| Possible AKA | SSN | DOB |
|---|---|---|
| KRISTIN DE CARTER | | |
| KRISTIN DEE CARTER | 568-79-XXXX | 11/XX/1968 |
| KRISTIN D CARTER | | |
| KRISTIN DE KUPSH | 568-79-XXXX | |
| KRISTIN KUPSH | | |
| KRISTEN D KUPSH | | |
| KRISTIN CUPSH | | |

* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2021 - 05/02/2025 | 200 PACIFIC COAST HWY UNIT 347, HUNTINGTN BCH, CA 92648-5195 \| ORANGE County | 925-788-9420 |
| Reported 01/01/1997 - 11/16/2023 | * 931 DAWNVIEW CT, CONCORD, CA 94521-5418 \| CONTRA COSTA County | 510-691-7923 |
| Reported 12/05/2021 - 05/10/2022 | 200 PACIFIC COAST HWY APT 347, HUNTINGTON BEACH, CA 92648-5195 | N/A |
| Reported 01/01/1993 - 01/23/2003 | 3173 WAYSIDE PLZ APT 317, WALNUT CREEK, CA 94597-7703 \| CONTRA COSTA County | 510-691-7923 |
| Reported 02/28/1997 - 05/06/1997 | 3173 WAYSIDE PLZ APT 317, WALNUT CREEK, CA 94597-7703 | N/A |
| Reported 02/14/1992 - 12/31/1993 | 21842 HARBORBREEZE LN, HUNTINGTON BEACH, CA 92646-8253 \| ORANGE County | N/A |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Date Range | Address | Phone |
|---|---|---|
| Reported 09/13/1991 - 06/11/1993 | 17065 SAN BRUNO ST APT L, SANTA ANA, CA 92708-7609 \| ORANGE County | N/A |

## SYDNEY KUPSH

| Relative of: | DYLAN KUPSH | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | 616-31-XXXX - issued in CA in 2001-2002 | DOB: | 02/XX/2002 (Age: 23) |

| Possible AKA | SSN | DOB |
|---|---|---|
| SYDNEY M KUPSH | | |
| SYDNEY M CUPSH | 616-31-XXXX | 02/XX/2002 |
| SYDNEYM KUPSH | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/2021 - 05/02/2025 | 200 PACIFIC COAST HWY UNIT 347, HUNTINGTN BCH, CA 92648-5195 \| ORANGE County | 925-691-7923 |
| Reported 01/18/2023 - 09/21/2024 | 200 PACIFIC COAST HWY APT 347, HUNTINGTON BEACH, CA 92648-5195 | N/A |
| Reported 12/01/2022 - 12/31/2022 | 200 PACIFIC COAST HWY # 34, HUNTINGTON BEACH, CA 92648-5123 \| ORANGE County | N/A |
| Reported 12/01/2021 - 01/21/2022 | 6551 EL COLEGIO RD, GOLETA, CA 93117-4615 \| SANTA BARBARA County | N/A |
| Reported 01/01/1997 - 10/31/2021 | \* 931 DAWNVIEW CT, CONCORD, CA 94521-5418 \| CONTRA COSTA County | 925-691-7923 |
| Reported 08/01/2020 - 09/22/2020 | 6714 SABADO TARDE RD # B, GOLETA, CA 93117-4906 \| SANTA BARBARA County | N/A |

## JEROME M KUPSH

| Relative of: | DYLAN KUPSH | Degree of Separation: | 1 |
|---|---|---|---|

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Possible AKA | SSN | DOB |
|---|---|---|
| JEROME M KUPSH | | |
| J K KUPSH | | |
| JEROME K KUPSH | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 08/15/2016 - 04/15/2024 | * 931 DAWNVIEW CT, CONCORD, CA 94521-5418 \| CONTRA COSTA County | 925-691-7923 |
| Reported 01/01/1997 - 11/30/2012 | CONCORD, CA 94520 \| CONTRA COSTA County | 925-691-7923 |
| Reported 04/06/2001 - 04/06/2001 | 3173 WAYSIDE PLZ APT 317, WALNUT CREEK, CA 94597-7703 \| CONTRA COSTA County | 510-691-7923 |

**Other Address Associations**

# 3748 KEYSTONE AVE, LOS ANGELES, CA 90034 | LOS ANGELES County

## LINDSEY NORTON

| SSN: | 591-19-XXXX - issued in FL in 1992 | DOB: | | 08/XX/1984 (Age: 40) |
|---|---|---|---|---|
| **Date Range** | **Address** | | **Phone** | |
| Reported 06/01/2024 - 04/06/2025 | 3748 KEYSTONE AVE, LOS ANGELES, CA 90034-6336 \| LOS ANGELES County | | N/A | |
| Reported 01/01/2016 - 03/30/2025 | 6700 3RD AVE N, SAINT PETERSBURG, FL 33710-7604 \| PINELLAS County | | 813-685-6771 | |
| Reported 08/26/2023 - 10/27/2023 | 6822 22ND AVE N, SAINT PETERSBURG, FL 33710-3918 | | N/A | |
| Reported 01/01/1995 - 07/25/2018 | 1006 CHERWOOD LN, BRANDON, FL 33511-6334 \| HILLSBOROUGH County | | 813-685-6771 | |
| Reported 11/10/2015 - 02/01/2017 | 5304 W KENNEDY BLVD APT 306, TAMPA, FL 33609-2411 | | N/A | |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Date Range | Address | Phone |
|---|---|---|
| Reported 11/01/2015 - 11/30/2015 | 5304 W KENNEDY BLVD UNIT 306, TAMPA, FL 33609-2411 | HILLSBOROUGH County | N/A |
| Reported 05/01/2007 - 05/31/2007 | 10790 ROSE AVE UNIT 206, LOS ANGELES, CA 90034-4440 | LOS ANGELES County | N/A |
| Reported 03/09/2007 - 04/20/2007 | 10790 ROSE AVE APT 206, LOS ANGELES, CA 90034-4440 | N/A |
| Reported 01/01/2007 - 01/31/2007 | 3460 S CENTINELA AVE APT 401, LOS ANGELES, CA 90066-1800 | LOS ANGELES County | N/A |
| Reported 01/11/2007 - 01/11/2007 | 3460 S CENTINELA AVE APT 401, LOS ANGELES, CA 90066-1800 | N/A |
| Reported 01/01/1996 - 12/31/1996 | 98 052181ST, LOS ANGELES, CA 90031 | LOS ANGELES County | N/A |

## KOICHI CHINO

| SSN: | | DOB: | 04/XX/1964 (Age: 61) |
|---|---|---|---|
| **Date Range** | **Address** | **Phone** | |
| Reported 10/01/2021 - 04/06/2025 | 3748 KEYSTONE AVE, LOS ANGELES, CA 90034-6336 | LOS ANGELES County | N/A | |

## Possible Neighbors

**Neighbors of Current & Previous Addresses**

## 3748 KEYSTONE AVE, LOS ANGELES, CA 90034 | LOS ANGELES County

| Name | Address | Phone |
|---|---|---|
| BRIGITTE MONAHAN | 3748 KEYSTONE AVE APT 306, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| CARL REID | 3748 KEYSTONE AVE APT 201, LOS ANGELES, CA 90034-6314 | LOS ANGELES County | N/A |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
|------|---------|-------|
| LENA RANSFER | 3753 KEYSTONE AVE APT 15, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| CHRISTIANE FRANKLIN | 3753 KEYSTONE AVE APT 15, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| THEODORE H PHAM | 3753 KEYSTONE AVE APT 16, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | 562-528-1655 |
| SALLY S PARK | 3753 KEYSTONE AVE APT 16, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| ROSY MADHA | 3748 KEYSTONE AVE APT 211, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | 424-326-9787 |
| ABRAHAM SMITH | 3748 KEYSTONE AVE APT 211, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| FABIO FARINELLA | 3748 KEYSTONE AVE APT 405, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| FLAVIO DE JESUS | 3748 KEYSTONE AVE APT 405, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| PETER E KEATING | 3748 KEYSTONE AVE APT 404, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | 914-967-8931 |
| CAROLINA NOGUERA | 3753 KEYSTONE AVE APT 12, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | 323-630-5837 |
| ERLINDA BELEN | 3753 KEYSTONE AVE APT 12, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| NOZOMI NAGAHASU | 3748 KEYSTONE AVE APT 307, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| MARY L COAKLEY | 3748 KEYSTONE AVE APT 204, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |

WESTLAW   Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
|------|---------|-------|
| ALEXANDER J TORRES | 3748 KEYSTONE AVE APT 209, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| RYAN MOSTARDO | 3748 KEYSTONE AVE APT 209, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| MARGARET A ENGLEHART | 3748 KEYSTONE AVE APT 209, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| ELIZABETH ASHBY | 3753 KEYSTONE AVE APT 9, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| ANDREW RANDOLPH | 3753 KEYSTONE AVE APT 2, LOS ANGELES, CA 90034-6323 \| LOS ANGELES County | N/A |
| CHECHENA BARNETT | 3753 KEYSTONE AVE APT 2, LOS ANGELES, CA 90034-6323 \| LOS ANGELES County | N/A |
| ROBERT A JAKOB | 3748 KEYSTONE AVE APT 401, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | 586-623-9921 |
| JAMIE HOLBER | 3748 KEYSTONE AVE APT 401, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| FLORA NAYLOR | 3748 KEYSTONE AVE APT 401, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | 210-906-2821 |
| EUGENI A NIKOLOV | 3753 KEYSTONE AVE APT 10, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | 424-298-8352 |
| SARA LEBLANC | 3753 KEYSTONE AVE APT 10, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | 540-460-0865 |
| JARED L RUBINICH | 3748 KEYSTONE AVE APT 212, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| HILLARY B TRUDGEON | 3748 KEYSTONE AVE APT 212, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |

WESTLAW   Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
|------|---------|-------|
| CHIEHPIN P WU | 3748 KEYSTONE AVE APT 301, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| YAJU J WU | 3748 KEYSTONE AVE APT 301, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| JENNIE WU | 3748 KEYSTONE AVE APT 301, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| YAHSIEN WU | 3748 KEYSTONE AVE APT 301, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | 310-871-5384 |
| ANITA WU | 3748 KEYSTONE AVE APT 301, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| TERRELL ASMORE | 3748 KEYSTONE AVE APT 208, LOS ANGELES, CA 90034-6314 | LOS ANGELES County | N/A |
| ALEXZANDER L BOEHMER | 3748 KEYSTONE AVE APT 208, LOS ANGELES, CA 90034-6314 | LOS ANGELES County | N/A |
| WARREN ZEIGLER | 3748 KEYSTONE AVE APT 407, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| WARREN DETRIC ZEIGLER | 3748 KEYSTONE AVE APT 407, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| DINAH HALL | 3753 KEYSTONE AVE APT 11, LOS ANGELES, CA 90034-6324 | LOS ANGELES County | 424-258-6805 |
| MAGGIE NOTARO | 3748 KEYSTONE AVE APT 303, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | 310-795-8367 |
| MOHAMMED FE MOOTOR | 3748 KEYSTONE AVE APT 303, LOS ANGELES, CA 90034-6316 | LOS ANGELES County | N/A |
| SOFIA SOSA | 3753 KEYSTONE AVE APT 3, LOS ANGELES, CA 90034-6323 | LOS ANGELES County | N/A |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.

24

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
|------|---------|-------|
| MAGDALENA GRIJALVA | 3753 KEYSTONE AVE APT 3, LOS ANGELES, CA 90034-6323 \| LOS ANGELES County | 310-287-1273 |
| TSION DAWIT | 3748 KEYSTONE AVE APT 411, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| STEPHANIE LIGGERI | 3748 KEYSTONE AVE APT 411, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| ERIC T LAMBDEN | 3748 KEYSTONE AVE APT 310, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| LAURA MILEY | 3748 KEYSTONE AVE APT 206, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| KRISTINA Q ABESAMIS | 3748 KEYSTONE AVE APT 206, LOS ANGELES, CA 90034-6314 \| LOS ANGELES County | N/A |
| RALPH WHITE | 3748 KEYSTONE AVE APT 408, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | 310-841-6498 |
| BILLY KINSEY | 3753 KEYSTONE AVE APT 6, LOS ANGELES, CA 90034-6323 \| LOS ANGELES County | 310-876-1282 |
| KARISSA HUEY | 3753 KEYSTONE AVE APT 14, LOS ANGELES, CA 90034-6324 \| LOS ANGELES County | N/A |
| KATHY ALVARADO | 3748 KEYSTONE AVE APT 304, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| ERIC R SLOTA | 3748 KEYSTONE AVE APT 304, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| INGRID A SLOTA | 3748 KEYSTONE AVE APT 304, LOS ANGELES, CA 90034-6316 \| LOS ANGELES County | N/A |
| JEFFREY L NELSON | 3753 KEYSTONE AVE APT 7, LOS ANGELES, CA 90034-6323 \| LOS ANGELES County | N/A |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

# 725 WEYBURN TER, LOS ANGELES, CA 90024 | LOS ANGELES County

| Name | Address | Phone |
|------|---------|-------|
| HONG SEOK LEE | 725 WEYBURN TER APT 421, LOS ANGELES, CA 90024-7228 | LOS ANGELES County | N/A |
| TIMOTHY M ODONNELL | 725 WEYBURN TER APT 421, LOS ANGELES, CA 90024-7228 | LOS ANGELES County | N/A |
| SCOTT C DAVIS | 725 WEYBURN TER APT C07, LOS ANGELES, CA 90024-7222 | LOS ANGELES County | N/A |
| JOSEFINA L TREJO | 725 WEYBURN TER APT C07, LOS ANGELES, CA 90024-7222 | LOS ANGELES County | N/A |
| MS MARIE ALTENDAHL | 725 WEYBURN TER APT 420, LOS ANGELES, CA 90024-7228 | LOS ANGELES County | 651-332-1655 |
| YUXUAN LI | 725 WEYBURN TER APT 122, LOS ANGELES, CA 90024-7225 | LOS ANGELES County | N/A |
| BERKIN DURMUS | 725 WEYBURN TER APT C09, LOS ANGELES, CA 90024-7222 | LOS ANGELES County | N/A |
| PUJA MAEWAL | 725 WEYBURN TER APT C20, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| JANINE ROGERS | 725 WEYBURN TER APT 121, LOS ANGELES, CA 90024-7225 | LOS ANGELES County | N/A |
| YICHAO ZHAO | 725 WEYBURN TER APT 65, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| ARKAPROVA RAY | 725 WEYBURN TER APT 65, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| ANUGRAH PRAKASH | 725 WEYBURN TER APT 100, LOS ANGELES, CA 90024-7224 | LOS ANGELES County | N/A |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
| --- | --- | --- |
| HARKRIT BHATIA | 725 WEYBURN TER APT 100, LOS ANGELES, CA 90024-7224 | LOS ANGELES County | N/A |
| MARIA FLORES | 725 WEYBURN TER APT 58, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| LIISA LUTTER | 725 WEYBURN TER APT 320, LOS ANGELES, CA 90024-7227 | LOS ANGELES County | N/A |
| EMMA BETTS | 725 WEYBURN TER APT 320, LOS ANGELES, CA 90024-7227 | LOS ANGELES County | N/A |
| EHSAN IZADMEHR | 725 WEYBURN TER APT 404, LOS ANGELES, CA 90024-7227 | LOS ANGELES County | 973-987-7127 |
| XIUYUAN DING | 725 WEYBURN TER APT 404, LOS ANGELES, CA 90024-7227 | LOS ANGELES County | N/A |
| WENXIN SONG | 725 WEYBURN TER APT 300, LOS ANGELES, CA 90024-7226 | LOS ANGELES County | N/A |
| JERONIMO MARADIAGA | 725 WEYBURN TER APT 56, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| HANA JEON | 725 WEYBURN TER APT 56, LOS ANGELES, CA 90024-7223 | LOS ANGELES County | N/A |
| CHRISTOPHER J MARTINEZ | 725 WEYBURN TER APT 222, LOS ANGELES, CA 90024-7226 | LOS ANGELES County | N/A |
| CAITLYN FICK | 725 WEYBURN TER APT C04, LOS ANGELES, CA 90024-7222 | LOS ANGELES County | N/A |
| ANDREW HONG | 725 WEYBURN TER APT C12, LOS ANGELES, CA 90024-7246 | LOS ANGELES County | N/A |
| NATHAN FOK | 725 WEYBURN TER APT C12, LOS ANGELES, CA 90024-7246 | LOS ANGELES County | N/A |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Name | Address | Phone |
|------|---------|-------|
| VALERIE A KENDALL | 725 WEYBURN TER APT 225, LOS ANGELES, CA 90024-7226 \| LOS ANGELES County | 425-218-6054 |
| TANMAY SHARMA | 725 WEYBURN TER APT 123, LOS ANGELES, CA 90024-7225 \| LOS ANGELES County | N/A |
| SANTI BHATTARAI | 725 WEYBURN TER APT 51, LOS ANGELES, CA 90024-7223 \| LOS ANGELES County | N/A |
| MATTHEW WEINER | 725 WEYBURN TER APT 124, LOS ANGELES, CA 90024-7225 \| LOS ANGELES County | N/A |
| MARILYN WEINER | 725 WEYBURN TER APT 124, LOS ANGELES, CA 90024-7225 \| LOS ANGELES County | 732-617-9730 |
| QUENTIN BIDWELL | 725 WEYBURN TER APT C19, LOS ANGELES, CA 90024-7223 \| LOS ANGELES County | N/A |

## Possible Named Parties

### People Associations

| JEROME M KUPSH | JERRY M KUPSH |
|----------------|---------------|
| SYDNEY KUPSH | KRISTIN D KUPSH |

## No Documents Found

### No Documents Were Found In These Sources

| Aircraft Records | Arrest Records |
|------------------|----------------|
| Bankruptcy Records | Business Contact Records |
| Business Profile | Conceal & Carry Weapons Permits |
| Corporate Records & Business Registrations | Criminal & Infraction Records |
| D&B Worldbase | Death Records |
| Divorce Records | DMI |
| Dockets | Drivers Licenses |
| Email Address Records | Executive Affiliations |
| Executive Bios | FBN/DBA |
| FEIN | Global Sanctions |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Healthcare Licenses | Healthcare Sanctions |
|---|---|
| Historical Address Records | Historical People Records |
| Hunting & Fishing Licenses | International Business Profile |
| Lawsuit Records | Liens & Judgments |
| Marijuana Related Businesses | Marriage Records |
| Motor Vehicle Service & Warranty Records | National Provider Identifier |
| New Movers Records | OFAC |
| People Canada Records | Phone Records |
| Political Donors | Professional Licenses |
| Real Property Pre-Foreclosure Records | Real Property Tax Assessor Records |
| Real Property Transactions | Real-Time Motor Vehicles |
| UCC Records | Unclaimed Assets |
| Vehicle Registrations | Voter Registrations |
| Watercraft Records | Work Affiliations |

## Permissible Uses and FCRA Disclaimer

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - For use in complying with federal, state, or local laws, rules, and other applicable legal requirements.
VOTERS - NO PERMISSIBLE USE.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.