| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Matthew Sarelson SBN 888281<br>Dhillon Law Group<br>177 Post St Ste 700 700<br>San Francisco, CA 94108<br>ATTORNEY FOR  Plaintiff | (650) 364-9612 | |
| SOUTHERN DISTRICT, NEW YORK<br>500 Pearl Street<br>New York, NY 10007 | | |
| SHORT TITLE OF CASE:<br>Horowitz, Ami v. AJP Educational Foundation Inc., d/b/a American Muslims for Palestine | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>1:25-cv-3412 |
| **Declaration of Reasonable Diligence** | | Ref. No. or File No:<br>9335 |

Person to Serve: **National Students for Justice in Palestine (NSJP) c/o Dylan Kupsh**

Documents Received: **Summons In A Civil Action ; Summons In A Civil Action; Complaint; Civil Cover Sheet**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

**Jun 01 2025  11:53 AM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address.
**Jun 05 2025  06:49 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address. Unable to tell if anyone is home. No movement or activity heard inside apartment. No answer at neighbors.
**Jun 08 2025  08:10 AM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address.
**Jun 12 2025  05:45 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address. No change. No movement heard inside. Called out, no response. No answer at neighbors.
**Jun 15 2025  12:11 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address.
**Jun 19 2025  06:50 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address. Unable to confirm if evading. No movement or activity heard inside. Neighbors unhelpful, unable to confirm address.
**Jun 24 2025  01:18 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address.
**Jun 27 2025  12:02 PM**   200 Pacific Coast Hwy Unit 347, Huntington Beach, CA 92648; There is no answer at residence address. Still no change.

Person attempting service:

  a. Name: **Cesar Gonzalez**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. Registration Number: **2729**
  e. County: **Orange**
  f. Expiration Date: **5/1/2026**
  g. **The fee** for this service was: **206.50**
  h. I am an independent contractor.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



_____
**Cesar Gonzalez**　　　　　　　　Date: **07/01/2025**