**Outlook**

## Request for waiver of service re: Horowitz v. AJP Educational Foundation, Inc., et al., Case No. 1:25-cv-3412 (ALC)

**From** Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>

**Date** Wed 7/16/2025 2:15 PM

**To** abdelrahman@hamedlaw.com <abdelrahman@hamedlaw.com>; cpoirot.law@gmail.com <cpoirot.law@gmail.com>; mark@krlaw.us <mark@krlaw.us>

**Cc** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>

📎 2 attachments (28 MB)
Waiver of service form.pdf; 20250424_Complaint_Horowitz_v_AMP_&_NSJP.pdf;

Good Afternoon Counsel,

I am reaching out because you are entered as attorneys for National Students for Justice in Palestine in *Parizer, et al. v. AJP Educational Foundation Inc., et al.*, Case No. 1:24-cv-724-RDA-IDD (E.D. Va.). I represent plaintiff Ami Horowitz in his suit against AMP and NSJP in a case in the Southern District of New York: *Horowitz v. AJP Educational Foundation, Inc., et al.*, Case No. 1:25-cv-3412 (ALC). A copy of the filed complaint is attached. I write to ask whether any of you represent NSJP with regard to this matter (or know who does) and whether NSJP is willing to waive service. Even if you do not represent NSJP with regard to the *Horowitz* matter and cannot state whether NSJP is willing to waive service, I ask that you forward this waiver of service request to NSJP.

Jacob

Jacob William Roth
Associate
Dhillon Law Group
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
JRoth@DhillonLaw.com
415.433.1700 ext. 646 (o)