UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
AMI HOROWITZ :
:
          Plaintiff, :
:
v. :    Civil Case No. 1:25-cv-3412 (ALC)
:
AJP EDUCATIONAL FOUNDATION, :
INC. d/b/a AMERICAN :
MUSLIMS FOR PALESTINE and :
NATIONAL STUDENTS FOR JUSTICE :
IN PALESTINE, :
:
          Defendants. :
:
---------------------------------------------------------------X

## ORDER FOR SERVICE BY PUBLICATION

      Upon consideration of Plaintiff's Motion for Extension of Time to Serve Defendant National Students for Justice in Palestine ("NSJP") and to Serve by Publication, and pursuant to Section 316 of the New York Civil Practice Law & Rules, IT IS HEREBY **ORDERED**:

      1.    That summons with notice in the above entitled action be served on Defendant NSJP by publishing the same, together with a brief statement about the nature of this action, the relief sought, and the sum of money for which judgment may be taken in case of default, in two newspapers, *The Washington Post* and *The New York Times*, chosen as those most likely to give notice to NSJP, once a week for four consecutive weeks;

      2.    That the publication of the summons shall be made within thirty days after this Order is granted; and

      3.    That service by publication shall be deemed complete on the twenty-eighth day after the day of first publication.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 28.

**SO ORDERED.**

October 2, 2025
New York, NY

_____
Hon. Andrew L. Carter
United States District Court Judge