UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                                :

AMI HOROWITZ                                              :

                          Plaintiff,                       :

v.                                                          :         Civil Case No. 1:25-cv-3412 (ALC)

AJP EDUCATIONAL FOUNDATION,       :
INC. d/b/a AMERICAN                   :
MUSLIMS FOR PALESTINE and        :
NATIONAL STUDENTS FOR JUSTICE   :
IN PALESTINE,                          :

                        Defendants.                  :

------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S MOTION TO AMEND ORDER FOR SERVICE BY PUBLICATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Amend Order for Service by Publication, Plaintiff Ami Horowitz respectfully moves this Court for an order amending its Order for Service by Publication (ECF No. 36).

Dated: January 16, 2026                                 Respectfully submitted,

                                                                   /s/ Jacob William Roth
                                                                   Jacob William Roth
                                                                   *Pro Hac Vice*
                                                                   jroth@dhillonlaw.com
                                                                   561-227-4959
                                                                   Josiah Contarino
                                                                   jcontarino@dhillonlaw.com
                                                                   DHILLON LAW GROUP, INC.
                                                                  1601 Forum Plaza, Suite 202
                                                                   West Palm Beach, Florida 33401

                                                                   *Attorneys for Plaintiff*