```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AMI HOROWITZ                                                :
                                                            :
                        Plaintiff,                          :
                                                            :
v.                                                          :   Civil Case No. 1:25-cv-3412 (ALC)
                                                            :
AJP EDUCATIONAL FOUNDATION,                                 :
INC. d/b/a AMERICAN                                         :
MUSLIMS FOR PALESTINE and                                   :
NATIONAL STUDENTS FOR JUSTICE                               :
IN PALESTINE,                                               :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND ORDER FOR SERVICE BY PUBLICATION**

Plaintiff Ami Horowitz ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court to amend its Order for Service by Publication (ECF No. 36) to allow Plaintiff to effect service by publication on Defendant National Students for Justice in Palestine ("NSJP") by publication of a summons in the *New York Post* in lieu of *The New York Times* as presently ordered. Plaintiff makes this request for the reasons stated in the accompanying memorandum.

**FACTUAL BACKGROUND**

Plaintiff filed the Complaint initiating this matter against Defendants AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") and National Students for Justice in Palestine ("NSJP") on April 24, 2025. ECF No. 1. This Court issued a summons to NSJP on April 25, 2025. ECF No. 6. Following Plaintiff's unsuccessful attempts to serve NSJP within the statutory time period through traditional means, Plaintiff moved for permission to serve NSJP by publication, which the Court granted (the "Order"). ECF No. 36. The Court's

1

Order directed Plaintiff to serve NSJP through publication in *The Washington Post* and *The New York Times*. Plaintiff was able to arrange publication through *The Washington Post* at a price of $7.014.64, and did so. *See* Exhibit A (invoice for publication in *The Washington Post*); Exhibit B (affidavit of publication in *The Washington Post*).

For *The New York Times*, Plaintiff's counsel had difficulty obtaining pricing information. and when counsel finally did, the price was quoted at $32,076.00. Exhibit C (price quote from *The New York Times*). Because *The New York Times*'s price was exorbitant, Plaintiff filed a letter motion seeking an extension of time for effecting service of process on NSJP and for leave to file the present motion to amend the Order to allow Plaintiff to serve NSJP by publication in an alternative newspaper. On January 8, 2026, the Court granted Plaintiff leave to file the present motion and instructed Plaintiff to choose between *The New York* Post or *The Wall Street Journal* in lieu of *The New York Times* for service by publication. ECF No. 40.

Plaintiff's counsel has solicited quotes from both *The New York Post* and *The Wall Street Journal*, with *The New York Post* offering a lower price for a national run of the summons.

**ARGUMENT**

The Court has the inherent power to amend or modify its interlocutory orders prior to the entry of judgment. *Ripple Analytics Inc. v. People Ctr., Inc.*, 153 F.4th 263, 272 (2d Cir. 2025) ("[W]hether the case *sub judice* be civil or criminal[,] so long as the district court has jurisdiction over the case, it possesses inherent power over interlocutory orders, and can reconsider them when it is consonant with justice to do so." (quoting *United States v. LoRusso*, 695 F.2d 45, 53 (2d Cir. 1982))). Pursuant to this inherent power and for the good cause of enabling Plaintiff to effect service by publication on NSJP in the *New York Post* at less than one-third the price of

doing so through *The New York Times*, Plaintiff requests that the Court amend its Order to allow service by publication in the *New York Post* in lieu of *The New York Times.*

## CONCLUSION

For the reasons stated above, Plaintiff requests the Court amend its Order for Service by Publication to allow Plaintiff to serve NSJP through publication in the *New York Post* in lieu of *The New York Times*.

Dated: January 16, 2026.                        Respectfully submitted,

/s/ Jacob William Roth
Jacob William Roth
*Pro Hac Vice*
jroth@dhillonlaw.com
561-227-4959
Josiah Contarino
jcontarino@dhillonlaw.com
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 202
West Palm Beach, Florida 33401

*Attorneys for Plaintiff*