UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
AMI HOROWITZ,                                              :
:
            Plaintiff,                              :
:
v.                                                         :   Civil Case No. 1:25-cv-3412 (ALC)
:
AJP EDUCATIONAL FOUNDATION,                                :
INC. d/b/a AMERICAN                                        :
MUSLIMS FOR PALESTINE and                                  :
NATIONAL STUDENTS FOR JUSTICE                              :
IN PALESTINE,                                              :
:
            Defendants.                             :
:
------------------------------------------------------------X

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

      PLEASE TAKE NOTICE that Josiah Contarino continues to represent Plaintiff Ami Horowitz in this matter. Effective January 19, 2026, Josiah Contarino is now affiliated with Contarino Roth LLC, 50 Park Place, Suite 1105, Newark, NJ 07102, 973-200-1926, jcontarino@contarinoroth.com. Please direct all future correspondence and filings to the new contact information above.

Dated: January 20, 2026                      Respectfully submitted,

                                                    /s/ Josiah Contarino
                                                    Josiah Contarino
                                                    CONTARINO ROTH LLC
                                                    50 Park Place, Suite 1105
                                                    Newark, NJ 07102
                                                    973-200-1926
                                                    jcontarino@contarinoroth.com

                                                    *Attorneys for Plaintiff*