

Contarino Roth LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

Jacob William Roth
561-872-6508
jroth@contarinoroth.com

April 1, 2026

*VIA ECF & EMAIL*

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

> Re:   *Horowitz v. AJP Educational Foundation, Inc., et al.*, Case No. 25-cv-03412 (ALC) (S.D.N.Y.)

Dear Judge Carter:

This firm represents Plaintiff Ami Horowitz ("Plaintiff" or "Horowitz") in this matter. Pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices, we respectfully submit this letter to request an extension seeking a twenty-one (21) day extension of time to file Plaintiff's amended complaint as allowed by Your Honor's Opinion & Order (ECF No. 46).

Your Honor has currently set the deadline for Plaintiff to file an amended complaint on Friday, April 10, 2026. Due to the intervening Passover holiday which the undersigned counsel and Plaintiff both observe as religious Jews and which prohibits work and technology use of various kinds on five of the next ten days before the amended complaint is due, Plaintiff requests an extension of time up to and including Friday, May 1, 2026, so that he may have a sufficient opportunity to confer with his counsel and prepare an amended complaint.

The undersigned counsel has conferred with counsel for Defendant AMP, Ms. Luna Droubi, who has graciously consented to Plaintiff's proposed extension. This is Plaintiff's first request for an extension of time to file an amended complaint and it will not impact any other scheduled dates.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Jacob William Roth*
Jacob William Roth

cc: All Counsel of Record (via ECF)

**CONTARINO ROTH LLC, WITH OFFICES IN
NEW YORK, NEW JERSEY, AND FLORIDA**