# BELDOCK LEVINE & HOFFMAN LLP

## 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400

FAX: (212) 277-5880

WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/6/2026____

April 3, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr
United States District Court Judge
40 Foley Square
New York, NY 10007

Re: *Horowitz v. AJP Educational Foundation, Inc., et al.,* Case No. 25-cv-03412 (ALC)

Your Honor:

The undersigned counsel represent Defendant AJP Educational Foundation ("AJP") in the above-captioned matter. On March 31, 2026, Your Honor denied in part and granted in part Defendant's motion to dismiss the Plaintiff's Amended Complaint. Dkt. No. 50. Following this Decision, the Court granted Plaintiff's motion for an extension of time to file a second amended complaint, from April 10, 2026, to May 1, 2026.

In light of intervening authorities of which we would like to make this Court aware and the current uncertainty of whether Plaintiff will file a revised Complaint, Defendant AJP requests a corresponding extension of its time to submit a motion for reconsideration of this Court's March 31, Decision and Order, from Tuesday, April 14, 2026, to, May 8, 2026. Defendant AJP requests this brief extension to first determine whether Plaintiff will file a second amended complaint, which will moot the request for reconsideration.

The undersigned counsel has conferred with counsel for Plaintiff, who consents to this request. This is Defendant's first request for an extension of time to file a motion for reconsideration, and the requested extension will not impact any other scheduled dates.

We appreciate the Court's continued attention to this matter.

Sincerely,

Luna Droubi
Tala Alfoqaha
BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
Tel: (212) 277-5875
Fax: (212) 277-5875

Christina A. Jump*
Jump Start Legal Justice Center
100 N. Central Expwy., Suite 537
Richardson, Texas 75080
Tel: (972) 992-5060

Samira S. Elhosary*
Constitutional Law Center for Muslims in America**
100 N. Central Expwy., Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507
Fax: (972) 692-7454

*Admitted Pro Hac Vice

**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America.

Cc: All parties

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 6, 2026