UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
AMI HOROWITZ                                                 :
                                                             :
                    Plaintiff,                               :
                                                             :
v.                                                           :          Civil Case No. 1:25-cv-3412 (ALC)
                                                             :
AJP EDUCATIONAL FOUNDATION,                                  :
INC. d/b/a AMERICAN                                          :
MUSLIMS FOR PALESTINE and                                    :
NATIONAL STUDENTS FOR JUSTICE                                :
IN PALESTINE,                                                :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------X

## [PROPOSED] AMENDED ORDER OF PUBLICATION

Upon consideration of Plaintiff's Motion to Amend the Order for Service by Publication and Plaintiff's Affidavit of Service reflecting that Plaintiff has already served Defendant National Students for Justice in Palestine ("NSJP") through publication in *The Washington Post*, and pursuant to Section 316 of the New York Civil Practice Law & Rules, IT IS HEREBY **ORDERED**:

1.      That Plaintiff complete service on Defendant NSJP through serving the summons with notice in the above entitled action on Defendant NSJP by publishing the same, together with a brief statement about the nature of this action, the relief sought, and the sum of money for which judgment may be taken in case of default the *New York Post*, chosen as the newspaper most likely to give notice to NSJP, once a week for four consecutive weeks;

2.      That the first publication of the summons shall be made within thirty days after this Order is granted;

3.      That service by publication shall be deemed complete on the twenty-eighth day

after the day of first publication.

ENTERED this 10th day of   April   2026

_____
Hon. Andrew L. Carter
United States District Court Judge

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 42.