**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMI HOROWITZ,<br><br>                         Plaintiff,<br><br>         v.<br><br><br>AJP EDUCATIONAL FOUNDATION, INC.<br>d/b/a AMERICAN MUSLIMS FOR<br>PALESTINE, *et al.*,<br><br>                         Defendants. | Case No. 1:25-cv-3412 (ALC)<br><br>**ANSWER** |

Defendant AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine ("AMP" or "Defendant") answers Plaintiff's Complaint (Dkt. 1)[1] as follows:

Except as otherwise expressly admitted herein, Defendant AMP denies each and every allegation contained in the Complaint and specifically denies any liability to Plaintiff. AMP expressly reserves the right to seek to amend and/or supplement its Answer as may be necessary.

1.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 1 and therefore denies the same.

2.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 2 and therefore denies the same.

3.    Defendant AMP denies the allegations in paragraph 3.

4.    Defendant AMP denies the allegations in paragraph 4.

---

[1] Defendant files this Answer subject to and without waiving its right to file a motion for interlocutory appeal of this Court's earlier denial of its Motion to Dismiss and Motion to Reconsider, in light of the shorter deadline for Defendant to file its Answer.

5.    Defendant AMP denies the allegations in paragraph 5.

6.    Defendant AMP denies the allegations in paragraph 6.

7.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 7 and therefore denies the same.

8.    Defendant AMP denies the allegations in paragraph 8.

9.    Defendant AMP denies the allegations in paragraph 9.

10.    Defendant AMP admits it is a non-profit organization incorporated in California with its principal place of business in Virginia.  Defendant AMP lacks knowledge or information sufficient for a belief as to the remaining allegations in paragraph 10 and therefore denies the same.

11.    Defendant AMP denies the allegations in paragraph 11.

12.    Defendant AMP admits the allegations in paragraph 12.

13.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 13 and therefore denies the same.

14.    Defendant AMP admits the allegations in paragraph 14.

15.    Defendant AMP denies the allegations in paragraph 15.

16.    Defendant AMP denies the allegations in paragraph 16.

17.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 17 and therefore denies the same.

18.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 18 and therefore denies the same.

19.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 19 and therefore denies the same.

20.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 20 and therefore denies the same.

21.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 21 and therefore denies the same.

22.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 22 and therefore denies the same.

23.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 23 and therefore denies the same.

24.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 24 and therefore denies the same.

25.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 25 and therefore denies the same.

26.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 26 and therefore denies the same.

27.    Defendant AMP denies the allegations in paragraph 27.

28.    Defendant AMP admits that Hatem Bazian is a co-founder of AMP.  Defendant AMP denies the remaining allegations in paragraph 28.

29.    Defendant AMP denies the allegations in paragraph 29.

30.    Defendant AMP admits that Osama Abuirshaid is AMP's current executive director and board member.  Defendant AMP denies the remaining allegations in paragraph 30.

31.    Defendant AMP admits that it has collaborated with a number of U.S.-based non-profit organizations including Palestinian Youth Movement, Jewish Voice for Peace, The People's Forum, Palestine Legal, Dissenters, Answer Coalition, U.S. Campaign for Palestinian Rights,

American Friends Service Committee, and Palestinian Feminist Collective.  Defendant AMP denies the remaining allegations in paragraph 31.

32.    Defendant AMP admits that AJP Educational Foundation merged with American Muslims in Palestine in 2015, that AJP Educational Foundation, Inc. is registered to do business as "American Muslims for Palestine," and that they now operate as one organization headquartered in Falls Church, Virginia.  Defendant AMP denies the remaining allegations in paragraph 32.

33.    Defendant AMP admits that several years prior to the initiation of any civil investigation, AMP and AJP had officially merged operations and registered with the Secretary of State of Virginia under AJP Educational Foundation, Inc., with the stated d/b/a of American Muslims for Palestine. Defendant AMP denies that AMP and AJP "have since" formally merged as alleged in Paragraph 33. Defendant AMP denies that AMP is a d/b/a of AJP Action. Defendant AMP denies that any Congressional investigations remain open as to AMP. Defendant AMP admits that in late October 2023, then-Attorney General of Virginia Jason Miyares initiated a civil investigation into AMP and AMP timely responded, objecting to portions. Admit that in October 2025, the Eastern District of Virginia enjoined Attorney General Miyares from enforcing its civil demands until after a court addresses its constitutional objections and AMP fully completes any necessary legal processes. Defendant AMP admits that an injunction remains in effect as of the date of this filing, and that the Attorney General of Virginia now considers the matter resolved. Defendant AMP denies the remaining allegations in paragraph 33.

34.    Defendant AMP denies the allegations in paragraph 34.

35.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 35 and therefore denies the same.

36.    Defendant AMP denies the allegations in paragraph 36.

4

37.     Defendant AMP denies the allegations in paragraph 37.

38.     Defendant AMP denies the allegations in paragraph 38.

39.     Defendant AMP denies the allegations in paragraph 39.

40.     Defendant AMP denies the allegations in paragraph 40.

41.     Defendant AMP denies the allegations in paragraph 41.

42.     Defendant AMP denies the allegations in paragraph 42.

43.     Defendant AMP denies the allegations in paragraph 43.

44.     Defendant AMP denies the allegations in paragraph 44.

45.     Defendant AMP denies the allegations in paragraph 45.

46.     Defendant AMP denies the allegations in paragraph 46.

47.     Defendant AMP denies the allegations in paragraph 47.

48.     Defendant AMP denies the allegations in paragraph 48.

49.     Defendant AMP denies the allegations in paragraph 49.

50.     Defendant AMP denies the allegations in paragraph 50.

51.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 51 and therefore denies the same.

52.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 52 and therefore denies the same.

53.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 53 and therefore denies the same.

54.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 54 and therefore denies the same.

55.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 55 and therefore denies the same.

56.    Defendant AMP denies the allegations in paragraph 56.

57.    Defendant AMP denies the allegations in paragraph 57.

58.    Defendant AMP denies the allegations in paragraph 58.

59.    Defendant AMP denies the allegations in paragraph 59.

60.    Defendant AMP denies the allegations in paragraph 60.

61.    Defendant AMP denies the allegations in paragraph 61.

62.    Defendant AMP denies the allegations in paragraph 62.

63.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 63 and therefore denies the same.

64.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 64 and therefore denies the same.

65.    Defendant AMP denies the allegations in paragraph 65 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 65 and therefore denies the same.

66.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 66 and therefore denies the same.

67.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 67 and therefore denies the same.

68.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 68 and therefore denies the same.

69.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 69 and therefore denies the same.

70.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 70 and therefore denies the same.

71.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 71 and therefore denies the same.

72.     Defendant AMP denies the allegations in paragraph 72 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 72 and therefore denies the same.

73.     Defendant AMP denies the allegations in paragraph 73 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 73 and therefore denies the same.

74.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 74 and therefore denies the same.

75.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 75 and therefore denies the same.

76.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 76 and therefore denies the same.

77.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 77 and therefore denies the same.

78.     Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 78 and therefore denies the same.

79. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 79 and therefore denies the same.

80. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 80 and therefore denies the same.

81. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 81 and therefore denies the same.

82. Defendant AMP denies the allegations set forth in paragraph 82.

83. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 83 and therefore denies the same.

84. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 84 and therefore denies the same.

85. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 85 and therefore denies the same.

86. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 86 and therefore denies the same.

87. Defendant AMP denies the allegations in paragraph 87.

88. Defendant AMP denies the allegations in paragraph 88.

89. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 89 and therefore denies the same.

90. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 90 and therefore denies the same.

91. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 91 and therefore denies the same.

92.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 92 and therefore denies the same.

93.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 93 and therefore denies the same.

94.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 94 and therefore denies the same.

95.    Defendant AMP denies the allegations in paragraph 95 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 95 and therefore denies the same.

96.    Defendant AMP denies the allegations in paragraph 96 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 96 and therefore denies the same.

97.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 97 and therefore denies the same.

98.    Defendant AMP denies the allegations in paragraph 98 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 98 and therefore denies the same.

99.    Defendant AMP admits that its annual convention often includes a campus activism track that informs college students, who may be part of any student group or no groups, about free speech and demonstration rights.  Defendant AMP denies the remaining allegations in paragraph 99.

100.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 100 and therefore denies the same.

101.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 101 and therefore denies the same.

102.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 102 and therefore denies the same.

103.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 103 and therefore denies the same.

104.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 104 and therefore denies the same.

105.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 105 and therefore denies the same.

106.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 106 and therefore denies the same.

107.    Defendant AMP denies the allegations in paragraph 107 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 107 and therefore denies the same.

108.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 108 and therefore denies the same.

109.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 109 and therefore denies the same.

110.    Defendant AMP admits its mission since its inception has been to educate the American public about the rich history and culture of Palestine, and that it holds events to accomplish that goal. Defendants AMP denies the remaining allegations in paragraph 110 and therefore denies the same.

111.    Defendant AMP denies the allegations in paragraph 111.

112.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 112 and therefore denies the same.

113.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 113 and therefore denies the same.

114.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 114 and therefore denies the same.

115.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 115 and therefore denies the same.

116.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 116 and therefore denies the same.

117.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 117 and therefore denies the same.

118.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 118 and therefore denies the same.

119.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 119 and therefore denies the same.

120.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 120 and therefore denies the same.

121.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 121 and therefore denies the same.

122.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 122 and therefore denies the same.

123.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 123 and therefore denies the same.

124.    Defendant AMP denies the allegations in paragraph 124.

125.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 125 and therefore denies the same.

126.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 126 and therefore denies the same.

127.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 127 and therefore denies the same.

128.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 128 and therefore denies the same.

129.    Defendant AMP denies the allegations in paragraph 129 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 129 and therefore denies the same.

130.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 130 and therefore denies the same.

131.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 131 and therefore denies the same.

132.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 132 and therefore denies the same.

133.    Defendant AMP denies the allegations in paragraph 133 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 133 and therefore denies the same.

134. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 134 and therefore denies the same.

135. Defendant AMP denies the allegations in paragraph 135 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 135 and therefore denies the same.

136. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 136 and therefore denies the same.

137. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 137 and therefore denies the same.

138. Defendant AMP denies the allegations in paragraph 138 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 138 and therefore denies the same.

139. Defendant AMP denies the allegations in paragraph 139 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 139 and therefore denies the same.

140. Defendant AMP denies the allegations in paragraph 140 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 140 and therefore denies the same.

141. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 141.

142. Defendant AMP denies the allegations in paragraph 142 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 142 and therefore denies the same.

143.    Defendant AMP denies the allegations in paragraph 143 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 143 and therefore denies the same.

144.    Defendant AMP denies the allegations in paragraph 144 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 144 and therefore denies the same.

145.    Defendant AMP denies the allegations in paragraph 145 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 145 and therefore denies the same.

146.    Defendant AMP denies the allegations in paragraph 146 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 146 and therefore denies the same.

147.    Defendant AMP denies the allegations in paragraph 147 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 147 and therefore denies the same.

148.    Defendant AMP denies the allegations in paragraph 148 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 148 and therefore denies the same.

149.    Defendant AMP denies the allegations in paragraph 149 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 149 and therefore denies the same.

150.    Defendant AMP denies the allegations in paragraph 150 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 150 and therefore denies the same.

151.    Defendant AMP denies the allegations in paragraph 151 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 151 and therefore denies the same.

152.    Defendant AMP denies the allegations in paragraph 152 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 152 and therefore denies the same.

153.    Defendant AMP denies the allegations in paragraph 153 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 153 and therefore denies the same.

154.    Defendant AMP denies the allegations in paragraph 154 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 154 and therefore denies the same.

155.    Defendant AMP denies the allegations in paragraph 155 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 155 and therefore denies the same.

156.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 156 and therefore denies the same.

157.    Defendant AMP denies the allegations in paragraph 157 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 157 and therefore denies the same.

158.    Defendant AMP denies the allegations in paragraph 158 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 158 and therefore denies the same.

159.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 159 and therefore denies the same.

160.    Defendant AMP denies the allegations in paragraph 160 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 160 and therefore denies the same.

161.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 161 and therefore denies the same.

162.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 16 and therefore denies the same2.

163.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 163 and therefore denies the same.

164.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 164 and therefore denies the same.

165.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 165 and therefore denies the same.

166.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 166 and therefore denies the same.

167.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 167 and therefore denies the same.

168.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 168 and therefore denies the same.

169.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 169 and therefore denies the same.

170.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 170 and therefore denies the same.

171.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 171 and therefore denies the same.

172.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 172 and therefore denies the same.

173.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 173 and therefore denies the same.

174.    Defendant AMP denies the allegations in paragraph 174 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 174 and therefore denies the same.

175.    Defendant AMP denies the allegations in paragraph 175 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 175 and therefore denies the same.

176.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 176 and therefore denies the same.

177.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 177 and therefore denies the same.

178. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 178 and therefore denies the same.

179. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 179 and therefore denies the same.

180. Defendant AMP denies the allegations in paragraph 180 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 180 and therefore denies the same..

181. Defendant AMP denies the allegations in paragraph 181 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 181 and therefore denies the same.

182. Defendant AMP denies the allegations in paragraph 182 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 182 and therefore denies the same.

183. Defendant AMP denies the allegations in paragraph 183 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 183 and therefore denies the same.

184. Defendant AMP denies the allegations in paragraph 184 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 184 and therefore denies the same.

185. Defendant AMP denies the allegations in paragraph 185 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 185 and therefore denies the same.

186. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 186 and therefore denies the same.

187. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 187 and therefore denies the same.

188. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 188 and therefore denies the same.

189. Defendant AMP denies the allegations in paragraph 189 except to admit that AMP's Executive Director, Osama Abuirshaid, spoke at a press conference at Columbia University on April 24, 2024.

190. Defendant AMP denies the allegations in paragraph 190 except to admit that Osama Abuirshaid, spoke at a press conference at George Washington University on April 25, 2024.

191. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 191 and therefore denies the same.

192. Defendant AMP denies the allegations in paragraph 192 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 192 and therefore denies the same.

193. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 193 and therefore denies the same.

194. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 194 and therefore denies the same.

195. Defendant AMP denies the allegations in paragraph 195 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 195 and therefore denies the same..

196.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 196 and therefore denies the same.

197.    Defendant AMP denies the allegations in paragraph 197 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 197 and therefore denies the same.

198.    Defendant AMP denies the allegations in paragraph 198.

199.    Defendant AMP denies the allegations in paragraph 199 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 199 and therefore denies the same.

200.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 200 and therefore denies the same.

201.    Defendant AMP denies the allegations in paragraph 201 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 201 and therefore denies the same.

202.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 202 and therefore denies the same.

203.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 203 and therefore denies the same.

204.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 204 and therefore denies the same.

205.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 205 and therefore denies the same.

206.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 206 and therefore denies the same.

207.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 207 and therefore denies the same.

208.    Defendant AMP denies the allegations in paragraph 208 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 208 and therefore denies the same.

209.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 209 and therefore denies the same.

210.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 210 and therefore denies the same.

211.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 211 and therefore denies the same.

212.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 212 and therefore denies the same.

213.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 213 and therefore denies the same.

214.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 214 and therefore denies the same.

215.    Defendant AMP denies the allegations in paragraph 215 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 215 and therefore denies the same.

216. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 216 and therefore denies the same.

217. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 217 and therefore denies the same.

218. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 218 and therefore denies the same.

219. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 219 and therefore denies the same.

220. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 220 and therefore denies the same.

221. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 221 and therefore denies the same.

222. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 222 and therefore denies the same.

223. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 223 and therefore denies the same.

224. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 224 and therefore denies the same.

225. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 225 and therefore denies the same.

226. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 226 and therefore denies the same.

227.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 227 and therefore denies the same.

228.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 228 and therefore denies the same.

229.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 229 and therefore denies the same.

230.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 230 and therefore denies the same.

231.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 231 and therefore denies the same.

232.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 232 and therefore denies the same.

233.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 233 and therefore denies the same.

234.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 234 and therefore denies the same.

235.    Defendant AMP denies the allegations in paragraph 235 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 235 and therefore denies the same.

236.    Defendant AMP denies the allegations in paragraph 236 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 236 and therefore denies the same.

237. Defendant AMP denies the allegations in paragraph 237 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 237 and therefore denies the same.

238. Defendant AMP denies the allegations in paragraph 238 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 238 and therefore denies the same.

239. Defendant AMP denies the allegations in paragraph 239 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 239 and therefore denies the same.

240. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 240 and therefore denies the same.

241. Defendant AMP denies the allegations in paragraph 241 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 241 and therefore denies the same.

242. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 242 and therefore denies the same.

243. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 243 and therefore denies the same.

244. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 244 and therefore denies the same.

245. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 245 and therefore denies the same.

246.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 246 and therefore denies the same.

247.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 247 and therefore denies the same.

248.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 248 and therefore denies the same.

249.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 249 and therefore denies the same.

250.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 250 and therefore denies the same.

251.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 251 and therefore denies the same.

252.    Defendant AMP admits that its volunteers in New Jersey made a social media post supporting students' rights to protest, and speaking out against the use of "excessive force and tear gas against students" by the NYPD and Columbia University.  Defendant AMP denies the remaining allegations in paragraph 252.

253.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 253 and therefore denies the same.

254.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 254 and therefore denies the same.

255.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 255 and therefore denies the same.

256.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 256 and therefore denies the same.

257.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 257 and therefore denies the same.

258.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 258 and therefore denies the same.

259.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 259 and therefore denies the same.

260.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 260 and therefore denies the same.

261.    Defendant AMP denies the allegations in paragraph 261 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 261 and therefore denies the same.

262.    Defendant AMP denies the allegations in paragraph 262 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 262 and therefore denies the same.

263.    Defendant AMP denies the allegations in paragraph 263 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 263 and therefore denies the same.

264.    Defendant AMP denies the allegations in paragraph 264 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 264 and therefore denies the same.

265. Defendant AMP denies the allegations in paragraph 265 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 265 and therefore denies the same.

266. Defendant AMP denies the allegations in paragraph 266 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 266 and therefore denies the same.

267. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 267 and therefore denies the same.

268. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 268 and therefore denies the same.

269. Defendant AMP denies the allegations in paragraph 269.

270. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 270 and therefore denies the same.

271. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 271 and therefore denies the same.

272. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 272 and therefore denies the same.

273. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 273 and therefore denies the same.

274. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 274 and therefore denies the same.

275. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 275 and therefore denies the same.

276.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 276 and therefore denies the same.

277.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 277 and therefore denies the same.

278.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 278 and therefore denies the same.

279.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 279 and therefore denies the same.

280.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 280 and therefore denies the same.

281.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 281 and therefore denies the same.

282.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 282 and therefore denies the same.

283.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 283 and therefore denies the same.

284.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 284 and therefore denies the same.

285.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 285 and therefore denies the same.

286.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 286 and therefore denies the same.

287.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 287 and therefore denies the same.

288.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 288 and therefore denies the same.

289.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 289 and therefore denies the same.

290.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 290 and therefore denies the same.

291.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 291 and therefore denies the same.

292.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 292 and therefore denies the same.

293.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 293 and therefore denies the same.

294.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 294 and therefore denies the same.

295.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 295 and therefore denies the same.

296.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 296 and therefore denies the same.

297.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 297 and therefore denies the same.

298.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 298 and therefore denies the same.

299.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 299 and therefore denies the same.

300.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 300 and therefore denies the same.

301.    Defendant AMP denies the allegations in paragraph 301 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 301 and therefore denies the same.

302.    Defendant AMP denies the allegations in paragraph 302 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 302 and therefore denies the same.

303.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 303 and therefore denies the same.

304.    Defendant AMP denies the allegations in paragraph 304 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 304 and therefore denies the same.

305.    Defendant AMP admits that it posted its disagreement with "violent force on a group of peaceful protestors" at Yale.  Defendant AMP denies the remaining allegations in paragraph 305.

306.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 306 and therefore denies the same.

307. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 307 and therefore denies the same.

308. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 308 and therefore denies the same.

309. Defendant AMP denies the allegations in paragraph 309 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 309 and therefore denies the same.

310. Defendant AMP denies the allegations in paragraph 310 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 310 and therefore denies the same.

311. Defendant AMP denies the allegations in paragraph 311 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 311 and therefore denies the same.

312. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 312 and therefore denies the same.

313. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 313 and therefore denies the same.

314. Defendant AMP denies the allegations in paragraph 314 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 314 and therefore denies the same.

315. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 315 and therefore denies the same.

316. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 316 and therefore denies the same.

317. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 317 and therefore denies the same.

318. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 318 and therefore denies the same.

319. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 319 and therefore denies the same.

320. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 320 and therefore denies the same.

321. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 321 and therefore denies the same.

322. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 322 and therefore denies the same.

323. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 323 and therefore denies the same.

324. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 324 and therefore denies the same.

325. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 325 and therefore denies the same.

326. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 326 and therefore denies the same.

327. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 327 and therefore denies the same.

328. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 328 and therefore denies the same.

329. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 329 and therefore denies the same.

330. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 330 and therefore denies the same.

331. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 331 and therefore denies the same.

332. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 332 and therefore denies the same.

333. Defendant AMP denies the allegations in paragraph 333 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 333 and therefore denies the same.

334. Defendant AMP denies the allegations in paragraph 334 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 334 and therefore denies the same.

335. Defendant AMP denies the allegations in paragraph 335 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 335 and therefore denies the same.

336.    Defendant AMP denies the allegations in paragraph 336 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 336 and therefore denies the same.

337.    Defendant AMP denies the allegations in paragraph 337 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 337 and therefore denies the same.

338.    Defendant AMP denies the allegations in paragraph 338 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 338 and therefore denies the same.

339.    Defendant AMP denies the allegations in paragraph 339 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 339 and therefore denies the same.

340.    Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 340 and therefore denies the same.

341.    Defendant AMP denies the allegations in paragraph 341 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 341 and therefore denies the same.

342.    Defendant AMP denies the allegations in paragraph 342 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 342 and therefore denies the same.

343.    Defendant AMP denies the allegations in paragraph 343 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 343 and therefore denies the same.

344.    Defendant AMP denies the allegations in paragraph 344 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 314 and therefore denies the same.

345.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 345.

346.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 346.

347.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 347.

348.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 348.

349.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 349.

350.    As this Court dismissed Count I, AMP need not and does not respond to Paragraph 350.

351.    Defendant AMP repeats and realleges its responses to the foregoing paragraphs as if fully set forth herein.

352.    Defendant AMP denies the allegations in paragraph 352 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 352 and therefore denies the same.

353.    Defendant AMP denies the allegations in paragraph 353 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 353 and therefore denies the same.

354. Defendant AMP lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 354 and therefore denies the same.

355. Defendant AMP denies the allegations in paragraph 355 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 355 and therefore denies the same.

356. Defendant AMP denies the allegations in paragraph 356 that relate to it. Defendant AMP lacks knowledge or information sufficient to form a belief as to any of the other allegations in paragraph 356 and therefore denies the same.

## AFFIRMATIVE AND OTHER DEFENSES

In further answer to the Complaint, Defendant AMP asserts the following affirmative and other defenses. In asserting these defenses, Defendant AMP does not assume the burden of proof as to matters that, pursuant to law, are Plaintiff's burden to prove.

## FIRST AFFIRMATIVE DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the First and Fourteenth Amendments to the Constitution of the United States, and/or Article I, Section 8 to the New York State Constitution.

## THIRD AFFIRMATIVE DEFENSE

The statements in question all related to matters of substantial public interest and legitimate public concern.

## FOURTH AFFIRMATIVE DEFENSE

36

The action is barred under the anti-SLAPP law pursuant to CPLR § 3211(g), N.Y. Civ. Rights Law § 70-a, and N.Y. Civ. Rights Law § 76-a.

## FIFTH AFFIRMATIVE DEFENSE

Defendant AMP did not proximately cause any injury that Plaintiff allegedly suffered.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail for lack of cognizable damages.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs establish any damages attributable to Plaintiff's claim for Conspiracy to commit a tort, Plaintiffs cannot establish but-for causation.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs establish any damages attributable to Plaintiff's claim for conspiracy, all or part of such damages are attributable to superseding intervening causes.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim for conspiracy to commit assault and battery must fail because no underlying tort was claimed.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for conspiracy to commit a tort must fail because he did not identify any of the alleged tortfeasors.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for conspiracy to commit a tort must fail because it is not a cognizable standalone claim.

**RESERVATION OF RIGHTS**

Defendant AMP's investigation of these matters remains ongoing, and it reserves the right

to amend, supplement, or modify anything contained herein as it uncovers additional information.


Date:    June 29, 2026
         New York, New York

                                        BELDOCK LEVINE & HOFFMAN LLP

                                        By:    /s/ Luna Droubi
                                               Luna Droubi
                                               Matthew Melewski
                                               Tala Alfoqaha
                                        99 Park Avenue, PH/26th Floor
                                        New York, New York 10016
                                        Tel: (212) 277-5875
                                        Fax: (212) 277-5875

                                        Christina A. Jump*
                                        Jump Start Legal Justice Center
                                        100 N. Central Expwy., Suite 537
                                        Richardson, Texas 75080
                                        Tel: (972) 992-5060

                                        Samira S. Elhosary*
                                        Constitutional Law Center for Muslims in America**
                                        100 N. Central Expwy., Suite 1010
                                        Richardson, Texas 75080
                                        Tel: (972) 914-2507
                                        Fax: (972) 692-7454

                                        *Admitted Pro Hac Vice

                                        **The Constitutional Law Center for Muslims in
                                        America is the legal division of the Muslim Legal
                                        Fund of America.