**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

September 6, 2026

Hon. Andrew Carter Jr.
Judge
United States District Court
Southern District of New York

By electronic filing

Re: *Horowitz v. AJP Educational Foundation, Inc., et al.*,
25-cv-03412 (ALC)

Dear Judge Carter:

I am *pro bono* counsel for Defendant National Students for Justice in Palestine (NSJP), and write to your honor to request a conference to discuss filing a motion to dismiss the complaint, or, in the alternative, limited jurisdictional discovery in this matter on consent of the parties supervised by Your Honor's Magistrate Judge.

The basis is that, at the time the Complaint was filed, two members of the NSJP Steering Committee were citizens of New York State, so that diversity jurisdiction is lacking in this matter.

On July 29th, I met and conferred by telephone with Plaintiff's attorney Jacob Roth to inform him that diversity does not exist. We discussed limited jurisdictional discovery to confirm the New York citizenship of two steering committee members. I said I might ask the Court's leave to submit certain personal information, such as addresses, *in camera*. Plaintiff's counsel stated that he would talk to his client and come back to me.

On August 11th, Mr. Roth emailed me a letter regarding "Jurisdictional Discovery Demands", rejecting *in camera* submissions, with attached interrogatories and other requests that I deem to be overbroad for the narrow jurisdictional issue at hand. A copy is attached. I am therefore respectfully requesting a conference with your honor.

I see two possible pathways I would like to suggest to this Court. I could file a motion to dismiss, and the issue of jurisdictional discovery would certainly be raised and considered by the Court as part of the motion. However, since the parties have made some progress negotiating the diversity question on their own, perhaps motion practice could be deferred and a Magistrate Judge could supervise ongoing negotiations and limited discovery, in effect analogous to a settlement conference.

Sincerely,

/s/ Jonathan Wallace