CONTARINO ROTH

Contarino Roth LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431

Jacob William Roth
561-872-6508
jroth@contarinoroth.com

September 20, 2026

***VIA ECF & EMAIL***

Hon. Sara L. Cave
United States District Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Cave_NYSDChambers@nysd.uscourts.gov

**Re: *Horowitz v. AJP Educational Foundation, Inc., et al.*, Case No. 25-cv-03412 (ALC) (S.D.N.Y.)**

Dear Judge Cave:

This firm represents Plaintiff Ami Horowitz ("Plaintiff" or "Horowitz") in this matter. Pursuant to Rule II(C) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter seeking a discovery conference with Your Honor concerning the incomplete Rule 7.1 disclosure filed by Defendant National Students for Justice in Palestine (NSJP) as ECF No. 82.

NSJP belatedly filed its Rule 7.1 disclosure on September 11, 2026. ECF No. 82. Its disclosure identifies only the two former members of NSJP that NSJP's counsel previously told the undersigned were the basis for NSJP's objection to diversity jurisdiction. None of NSJP's other members whose citizenship is attributable to NSJP are identified. NSJP's disclosure statement does not comply with Rule 7.1, which obligates NSJP to "name—and identify the citizenship of—every individual or entity whose citizenship is attributed" to it. Fed. R. Civ. P. 7.1(a)(2); *Kin v. Matte Projects LLC*, No. 1:21-cv-09317 (LTS), 2023 U.S. Dist. LEXIS 76438, at *2 (S.D.N.Y. May 2, 2023).

On September 15, 2026, the undersigned sent an email to NSJP's counsel informing him that NSJP's Rule 7.1 disclosure was incomplete and asking him to correct the issue by September 17, 2026. NSJP's counsel did not respond and did not correct the issue. On the morning of September 18, 2026, the undersigned called NSJP's counsel to confer with him regarding the issue. NSJP's counsel did not answer the phone and his voicemail box was full, so it was not possible to leave a message. NSJP's counsel did not call back.

The undersigned thus requests a conference with Your Honor regarding this issue, or in the alternative an order compelling NSJP to file a supplemental disclosure identifying the name and citizenship of all individuals and entities whose citizenship is attributable to NSJP as required by Rule 7.1

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Jacob William Roth*
Jacob William Roth

cc: All Counsel of Record (via ECF)